USDCA 40 (1/89)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

JOHN W, BERGE III )
             Plaintiff, )
              )   APPLICATION FOR APPOINTMENT
              )   OF COUNSEL
vs. )
MARK ANTRIM, Commissioner of )
Alaska Department of )   Case No. A05-290 CV (   )
Corrections, and FRANK LUNA, )
Warden CCA/FCC   Defendant )

1. Name of applicant (print neatly): __John W. Berge III__
    Address: __CCA/FCC  1100 Bowling Rd., P.O. Box 6200__
              __Florence, AZ  85232__

    Phone Number: __520-868-9565__

2. Explain what your cause of action is against the opposing party.
(Use additional paper if necessary.)
Petition for Writ of Habeas Corpus [28 U.S.C. § 2254]

3. Explain why you feel you need a lawyer in this case.
(Use additional paper if necessary.)
Proceeding without counsel **would not** provide an adequate test of the issues.

4. Explain what steps you have taken to find an attorney and with what results.
(Use additional paper if necessary.)
None. I am an indigent prisoner.

5. If you need a lawyer who speaks a language other than English, please specify.
N/A

Continued to next page

Page II

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

_NOVEMBER 28, 2005_
Date

_John W Burge III_
Signature

Application for Appointment of Counsel

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: BERGE vs. MARK ANTRIM and FRANK LUNA
FOR: THE DISTRICT OF ALASKA
AT: ANCHORAGE

LOCATION NUMBER: 

**PERSON REPRESENTED** (Show your full name): John W. Berge III, #385437

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☒☒ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
- Magistrate:
- District Court:
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒☒ Felony  ☐ Misdemeanor
Petition for Writ of Habeas Corpus § 2254

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Correctional Corp. of America/Center — Florence Corretion
- IF YES, how much do you earn per month? $ about $70
- IF NO, give month and year of last employment. How much did you earn per month? $ N/A
- If married is your Spouse employed? ☐ Yes  ☐ No  N/A
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒☒ No
- RECEIVED: N/A  SOURCES: N/A

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ less than $70.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- VALUE: N/A  DESCRIPTION: N/A

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED (☐ SINGLE, ☐ MARRIED, ☐ WIDOWED)
- Total No. of Dependents: None
- List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| None | None | $ N/A | $ N/A |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/28/2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): John W Berge III