John W. Berge III, pro se
    CCA/FCC
P.O. Box 6200
Florence, AZ  85232

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JOHN W. BERGE III,<br>    Petitioner,<br><br>vs.<br><br>MARK ANTRIM, Commissioner<br>of Alaska Department of<br>Corrections, and<br><br>FRANK LUNA, Warden of<br>Florence Correctional<br>Center,<br>    Defendants. | Case No. A05-29 CV<br><br>**MOTION TO HOLD PETITION FOR WRIT OF HABEAS CORPUS [28 U.S.C. §2254] IN ABEYANCE** |

1.  Petitioner has filed a common law WRIT OF HABEAS CORPUS in the Superior Court of the Third Judicial District of Alaska on October 19, 2005, Case No. 3AN-05-12831 CI, attached with the JUDGEMENT AND COMMITMENT and LIMITED CONTROVERTING STATEMENT TO STATE'S OPPOSITION TO PETITION FOR HABEAS CORPUS.

2.  This common law WRIT OF HABEAS CORPUS involves unconstitutional State law in effect at the time of petitioner's case depriving him of right's guaranteed by the 5th, 6th, and 14th Amendments rendering his trial invalid and the judgement void.

3.  Petitioner has moved for State appointed counsel.  See attached MOTION TO APPOINT COUNSEL and AMMENDED MOTION TO APPOINT COUNSEL PURSUANT TO GOVERNING PROTOCOL IN RESPONSE TO STATE'S OPPOSITION TO MOTION FOR APPOINTMENT OF COUNSEL with copies of

Alaska Statutes 18.85.100 (Public Defender Agency) and 44.21.410 (Office of Public Advocacy).

4. If petitioner's State Habeas Corpus is upheld in his favor it will render this Federal §2254 Petition moot. If the State rules against the Habeas Corpus petitioner would ammend this Federal §2254 Petition to include it.

5. Petitioner respectfully request this court to hold his 28 U.S.C. §2254 PETITION FOR HABEAS CORPUS in abeyance until the State filed common law WRIT OF HABEAS CORPUS is finalized.

Dated: November 28, 2005

*[signature: John W Berge III]*
John W. Berge III, pro se
CCA/FCC
P.O. Box 6200
Florence, AZ  85232

### ORDER

This motion is GRANTED / DENIED.

Dated:_____          _____

Motion to Hold Petition for
Writ of Habeas Corpus
[28 U.S.C. §2254] in Abeyance

page 2 of 2