LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JAN 1 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JOHN BERGE III           )
                         )
        Petitioner,      )
                         )
    vs.                  )
                         )
MARK ANTRIM, et al.      )
                         )
        Respondent.      )
_____) CASE NO: A05-0290-CI (JWS)

**UNOPPOSED BELATED MOTION and**
**MEMORANDUM FOR CONTINUANCE**

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a continuance of the time within which to file an amended § 2254 petition from January 16, 2006 to March 16, 2006 with the States' response due on or before April 17, 2006.

With respect to the Notice to the Court of the current status of the Berge case in State Court, and an explanation whether Mr. Berge's petition should be stayed under **Rhines v. Weber**, Mr. Berge asks that he have until February 3, 2006 to so report.

The belatedness of this filing is due to the miss-filing of the Berge pleadings by an office assistant. Such file was located on this date. The undersigned apologizes for this aberrational error and assures this Court that

this matter shall be prosecuted with the appropriate zeal hereafter.

Assistant Attorney General John A. Scukanec has authorized the undersigned to advise that the State of Alaska does not oppose this motion.

DATED at Anchorage, Alaska, this 19th day of January, 2006.

> LAW OFFICES OF HUGH W. FLEISCHER
> Attorney for Petitioner
>
> By: _____
> Hugh W. Fleischer
> AK Bar # 7106012

9501/501

CERTIFICATE OF SERVICE

I certify that on the 19th day of January, 2006, a true copy of the foregoing was delivered by Hand Delivery to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501

_____

9431\501

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com