LODGED
JAN 19 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN BERGE III, )
                                  )   CASE NO: A05-0290 CV (JWS)
      Petitioner, )
                                  )
  v. )
                                  )
MARK ANRRIM, et al. )
                                  )
      Respondents. )
_____)

## ORDER

Based on the foregoing motion,

IT IS ORDERED that the time for filing an amended § 2254 petition for petitioner, John Berge III is hereby continued to _____, 2006 and the notice requirement of this Court's Order Directing Service and Response file December 16, 2005, set forth in numbered paragraph 4 of such Order, be submitted on or before February 3, 2006.

DATED this ___ day of January, 2006.

                                                         _____
                                                         John W. Sedwick
                                                         United States District Judge

9501/502

SCANNED

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com