IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MARK ANRRIM, et al. )<br>)<br>Respondents. )<br>_____) | CASE NO: A05-0290 CV (JWS) |

### ORDER

Based on the foregoing motion,

IT IS ORDERED that the time for filing an amended § 2254 petition for petitioner John Berge III is hereby continued to **March 16**, **2006,** and the notice requirement of this Court's Order Directing Service and Response filed December 16, 2005, set forth in numbered paragraph 4 of such Order, be submitted on or before February 3, 2006.

DATED this 23rd day of January, 2006.

/s/
John W. Sedwick
United States District Judge

9501/502