IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK ANTRIM, et al. | ) |
| | ) |
| Respondent. | ) |
| _____ | ) CASE NO: A05-0290-CI (JWS) |

**REPORT ON PETITIONER'S STATE CASE**

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby reports to this Court that Mr. Berge has attempted to fire his State Public Defender on the basis that the Public Defender Agency has a conflict, which precludes them from representing Mr. Berge. Mr. Berge also has filed what is deemed, Notice of Clarification of Claim on or about January 24, 2006. Such State claims are potentially meritorious and there is no clear evidence that the petitioner is engaged in intentional dilatory litigation tactics.

Therefore, a stay, by this Court, may be in order.

DATED at Anchorage, Alaska, this 3rd day of February, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

                                        Attorney for Petitioner


                                        By:_____
                                              Hugh W. Fleischer
                                              AK Bar # 7106012

CERTIFICATE OF SERVICE

I certify that on the 3rd day of
February, 2006, a true copy of the
foregoing was delivered by Hand Delivery
to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


_____


9431\503