IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK ANTRIM, et al. | ) |
| | ) |
| Respondent. | ) |
| _____ | ) CASE NO: A05-0290-CI (JWS) |

**REPORT ON PETITIONER'S STATE CASE**

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby reports to this Court that Mr. Berge has attempted to fire his State Public Defender on the basis that the Public Defender Agency has a conflict, which precludes them from representing Mr. Berge.  Mr. Berge also has filed what is deemed, Notice of Clarification of Claim on or about January 24, 2006.  Such State claims are potentially meritorious and there is no clear evidence that the petitioner is engaged in intentional dilatory litigation tactics.

Therefore, a stay, by this Court, may be in order.


DATED at Anchorage, Alaska, this 3rd day of February, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

         Attorney for Petitioner

         By: <u>S/ Hugh W. Fleischer</u>

         Hugh W. Fleischer
         AK Bar # 7106012
         Law Offices of Hugh W. Fleischer
         310 K. Street, Suite 200
         Anchorage, AK 99501
         (907) 264-6635
         (907) 264-6602-Fax
         hfleisch@aol.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 3rd day of February, 2006, a true copy of the foregoing was delivered by Hand Delivery to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501

<u>S/ Hugh W. Fleischer</u>

9431\504