IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK ANTRIM, et al. | ) |
| | ) |
| Respondent. | ) |
| _____ | ) CASE NO: A05-0290-CI (JWS) |

**EX PARTE MOTION ON SHORTENED TIME AND**
**MEMORANDUM ON SHORTENED TIME FOR TRAVEL EXPENSES**

**A period of excludable delay will result,**
**pursuant to 18 USC 3161 (h) (1), if the motion is granted**

Petitioner, John Berge III, through his undersigned counsel, hereby moves this court to authorize travel expenses pursuant to CJA Form 21. This motion is being made on shortened time so that appointed counsel can visit the defendant at Florence Correctional Center, Arizona regarding his amended petition to this Court, now due on or before March 16, 2006. Mr. Berge has provided a large number of documents that clearly need to be examined with Mr. Berge and there are some highly confidential information which he needs to provide to me in person. Mr. Berge, therefore, proposes that his counsel speak with him in person.

This proposal would allow an up to a two-day trip to Phoenix, Arizona to accomplish the above obligations. It is tentatively scheduled for February 17, 2006 from Anchorage and return on either February 17 or 18, 2006.

The travel expenses are as follows:

1)   Round trip airfare for Hugh W. Fleischer from Anchorage to Phoenix, which is understood to be $ 1235.00 with purchase on Alaska Airlines.

2)   Miscellaneous expenses including, but not limited to, a rental car from Phoenix to Florence, AZ.

3)   Meals.

4)   Lodging for Friday night, if necessary.

This motion is well founded based on the above. These monies are requested for the purpose of affording the defendant effective assistance of counsel and are necessary and reasonable expenses for the preparation of the petition in this case.

DATED at Anchorage, Alaska, this 9th day of February, 2006.

LAW OFFICES OF HUGH W. FLEISCHER
Attorney for Defendant

9495/505

By: S/ Hugh W. Fleischer

Hugh W. Fleischer
AK Bar # 7106012
Law Offices of Hugh W. Fleischer
310 K. Street, Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602-Fax
hfleisch@aol.com