John A. Scukanec
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: John_Scukanec@law.state.ak.us

Attorney for Respondent Antrim and Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN W. BERGE, III,           )<br>                              )<br>            Petitioner,      )<br>                              )<br>     vs.                      )<br>                              )<br>MARK ANTRIM, et al.,          )<br>                              )<br>            Respondent.       )<br>_____) | Case No. A05-0290 Civ. (TMB)<br><br>RESPONSE TO REPORT ON<br>PETITIONER'S STATE CASE |

The petitioner, Berge, has suggested that a stay of the habeas proceedings in this case may be order because of his ongoing litigation in the state courts. The respondents respectfully disagree. As far as the respondents can tell, the state litigation alluded to in the petitioner's report is a state habeas corpus/post-conviction relief action (*Berge v. State of Alaska*, Superior Court No. 3AN-05-12831 CI) raising *Blakely* issues in connection with the sentence Berge received for his underlying first-degree murder conviction.

The sentencing issues Berge is seeking to litigate now in the state courts have no bearing on the merits of his murder conviction and no relevance to the current federal habeas action. Therefore, in respondents' view, a stay is not necessary in this case.

DATED February 10, 2006, at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ John A. Scukanec
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>      and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: John_Scukanec@law.state.ak.us
>   Alaska Bar. No. 7610129

**Certificate of Service**

I certify that on February 10, 2006, a copy of the foregoing Response to Report on Petitioner's StateCase was served electronically on Hugh W. Fleischer.

>s/ John A. Scukanec