IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN BERGE III           )
                         )
      Petitioner,        )
                         )
   vs.                   )
                         )
MARK ANTRIM, et al.      )
                         )
      Respondent.        )
_____) CASE NO: A05-0290-CI (JWS)

## UNOPPOSED BELATED MOTION and
## MEMORANDUM FOR CONTINUANCE

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a continuance of the time within which to file an amended § 2254 petition from March 16, 2006 to April 21, 2006 with the States' response due on or before May 22, 2006.

The principal reason for the requested continuance is that there has been a protracted delay in obtaining transcripts and record from the State Superior Court in Ketchikan, Alaska regarding the underlying conviction. Such requested time will allow Mr. Berge to obtain and analyze the said documents and prepare an amended petition.

Assistant Attorney General John A. Scukanec has authorized the undersigned to advise that the State of Alaska does not oppose this motion.

DATED at Anchorage, Alaska, this 15th day of March, 2006.

        LAW OFFICES OF HUGH W. FLEISCHER
        Attorney for Petitioner

By: ____S/Hugh W. Fleischer____
    Hugh W. Fleischer
    AK Bar # 7106012
    Law Offices of Hugh W. Fleischer
    310 K. Street, Suite 200
    Anchorage, AK 99501
    (907) 264-6635
    (907) 264-6602 (fax)
    hfleisch@aol.com

9501/506

CERTIFICATE OF SERVICE

I certify that on the 15th day of March, 2006, a true copy of the foregoing was delivered by Hand Delivery to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501

S/ Hugh W. Fleischer