IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN BERGE III )
)
    Petitioner, )
)
vs. )
)
MARK ANTRIM, et al. )
)
    Respondent. )
_____ ) CASE NO: A05-0290-CI (JWS)

## UNOPPOSED BELATED MOTION and MEMORANDUM FOR CONTINUANCE

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a continuance of the time within which to file an amended § 2254 petition from April 21, 2006 to May 22, 2006 with the States' response due on or before June 22, 2006.

The reason for the requested continuance is that this week this office received transcripts and record from the State Superior Court in Ketchikan, Alaska regarding the underlying conviction. Undersigned counsel has had other court appearances and a major Federal Court Brief that had to be filed this week. Such requested time will allow Mr. Berge to obtain and analyze the said documents and prepare an amended petition.

Assistant Attorney General John A. Scukanec has

authorized the undersigned to advise that the State of Alaska does not oppose this motion.

DATED at Anchorage, Alaska, this 20th day of April, 2006.

```
                              LAW OFFICES OF HUGH W. FLEISCHER
                                   Attorney for Petitioner



                         By:____S/Hugh W. Fleischer
                                Hugh W. Fleischer
                                AK Bar # 7106012
                                Law Offices of Hugh W. Fleischer
                                310 K. Street, Suite 200
                                Anchorage, AK 99501
                                (907) 264-6635
                                (907) 264-6602 (fax)
                                hfleisch@aol.com
```

9501/507

CERTIFICATE OF SERVICE

I certify that on the 20th day of April, 2006, a true copy of the foregoing was delivered by Hand Delivery to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer