IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


JOHN BERGE III,                          )
                                         )        CASE NO: A05-0290 CR (JWS)
           Petitioner,                   )
                                         )
     v.                                  )
                                         )
MARK ANRRIM, et al.                      )
                                         )
           Respondents.                  )
_____)

## ORDER

Based on the foregoing motion,

IT IS ORDERED that the time for filing an amended § 2254 petition for

petitioner, John Berge III is hereby continued to May _____, 2006.

DATED this ___ day of April, 2006.


                                   _____
                                       Timothy M. Burgess
                                       United States District Judge

9501/509