```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA


JOHN BERGE III                )
                              )
        Petitioner,           )
                              )
    vs.                       )
                              )
MARK ANTRIM, et al.           )
                              )
        Respondent.           )
_____) CASE NO: A05-0290-CI (JWS)
```

## UNOPPOSED MOTION and
## MEMORANDUM FOR CONTINUANCE

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a continuance of the time within which to file an amended § 2254 petition from May 22, 2006 to June 5, 2006 with the States' response due on or before July 5, 2006.

The reason for the requested continuance is that this week the undersigned counsel was called out of town unexpectedly to Washington, DC and just flew back to Anchorage on May 18, 2005.

Assistant Attorney General John A. Scukanec has authorized the undersigned to advise that the State of Alaska does not oppose this motion.

DATED at Anchorage, Alaska, this 19th day of May, 2006.

```
                         LAW OFFICES OF HUGH W. FLEISCHER
                              Attorney for Petitioner




                         By:____S/Hugh W. Fleischer_
                              Hugh W. Fleischer
                              AK Bar # 7106012
                              Law Offices of Hugh W. Fleischer
                              310 K. Street, Suite 200
                               Anchorage, AK 99501
                              (907) 264-6635
                              (907) 264-6602 (fax)
                               hfleisch@aol.com
```

9501/511

CERTIFICATE OF SERVICE

I certify that on the 19th day of
May, 2006, an electronic copy of the
foregoing was delivered
to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer