IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK ANTRIM, et al. | ) |
| | ) |
| Respondent. | ) |
| _____ | ) CASE NO: A05-0290-CI (JWS) |

## NOTICE OF CONVENTIONAL FILING

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby gives notice of conventional filing of the Transcript of trial and the Record, which are too voluminous to scan and serve electronically. This is a matter involving a State of Alaska Superior Court in Ketchikan, Alaska. Such Transcript and Record are referenced in the petitioner's Amended Petition.

DATED at Anchorage, Alaska, this 5th day of June, 2006.

LAW OFFICES OF HUGH W. FLEISCHER
Attorney for Petitioner

By:____S/Hugh W. Fleischer_
Hugh W. Fleischer
AK Bar # 7106012
Law Offices of Hugh W. Fleischer

>310 K. Street, Suite 200
>Anchorage, AK 99501
>(907) 264-6635
>(907) 264-6602 (fax)
>hfleisch@aol.com

9501/513

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of
June, 2006, an electronic copy of the
foregoing was delivered
to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer