IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK ANTRIM, et al. | ) |
| | ) |
| Respondent. | ) |
| _____ ) | CASE NO: A05-0290-CI (TMB) |

## UNOPPOSED MOTION and
## MEMORANDUM FOR DECISION RE SCANNING DECISION

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a Order that would either allow below-signed counsel to have authority to pay up to $300.00 for professional scanning of the 1156 page attachment to the amended § 2254 or, alternatively to order the said attachment to be conventionally filed.

The reason for this request is that undersigned counsel for Mr. Berge believed that the 1,156 page transcript and record from the State of Alaska Court system was far too voluminous to be scanned by this office's scanner. Therefore, a Notice of Conventional Filing was filed on Monday, June 5, 2006. On June 6, 2006, counsel received an electronic Order from the Court that required the documents to be scanned. Below signed counsel communicated with Professional Legal Copy and determined that the said attachment could be scanned and ready for electronic filing for under $300.00. If the Court does not wish to approve such expense, the request is that the Court approve

conventional filing.

Assistant Attorney General John A. Scukanec has authorized the undersigned to advise that the State of Alaska does not oppose this motion.

DATED at Anchorage, Alaska, this 7th day of June, 2006.

                LAW OFFICES OF HUGH W. FLEISCHER
                Attorney for Petitioner

By:    S/Hugh W. Fleischer
        Hugh W. Fleischer
        AK Bar # 7106012
        Law Offices of Hugh W. Fleischer
        310 K. Street, Suite 200
        Anchorage, AK 99501
        (907) 264-6635
        (907) 264-6602 (fax)
        hfleisch@aol.com

9501/515

CERTIFICATE OF SERVICE

I certify that on the 7th day of June, 2006, a true copy of the Foregoing & Proposed Order was delivered by electronic delivery to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501
John_scukanec@law.state.us,perette_matthews@law.state.ak.us

S/ Hugh W. Fleischer