IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III,           ) | |
| ) | CASE NO: A05-0290 CR (TMB) |
| Petitioner,           ) | |
| ) | |
| v.           ) | |
| ) | |
| MARK ANRRIM, et al.           ) | |
| ) | |
| Respondents.           ) | |
| _____) | |

## **ORDER**

Based on the foregoing motion,

IT IS ORDERED that the 1156 page attachment to the petitioner's amended § 2254 petition for petitioner, John Berge III is approved for up to $300.00 to have professionally scanned and prepared for electronic submission to this Court or, alternatively, counsel for petitioner has authority to file the said attachment conventionally

DATED this ___ day of June, 2006.

_____
John D. Roberts
United States Magistrate Judge

9501/50