Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN BERGE III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-00290-TMB |
| | ) | |
| MARK ANTRIM, et al, | ) | <u>Superseding Entry of Appearance</u> |
| | ) | |
| Respondent. | ) | |
| | ) | |

The undersigned hereby enters his appearance as attorney for the

Respondent.  All further pleadings and communications in this case should be

addressed to :

Terisia K. Chleborad
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK  99501

DATED June 7, 2006 , at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Terisia K. Chleborad
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: terisia_chleborad@law.state.ak.us
   Alaska Bar. No. 8912091

**Certificate of Service**

I certify that on June 7, 2006, a copy of the foregoing
Entry of Appearance was served electronically on **Hugh
W. Fleischer, Douglas H. Kossler, John A.
Scukanec** and on **None** by regular U.S. mail.

s/ **Terisia K. Chleborad**