Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondents

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE,<br><br>        Petitioner,<br><br>    vs.<br><br>MARK ANTRIM, et al,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:05-cv-00290-TMB

<u>UNOPPOSED MOTION FOR
EXTENSION OF TIME UNTIL
AUGUST 17, 2006</u>

The respondent moves this court for an extension of 43 days, until August 17, 2006, within which to file its response to petitioner's writ of *habeas corpus*. The State of Alaska's response is presently due July 5, 2006. This motion is supported by the attached affidavit of counsel. A proposed order is attached.

DATED July 5, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Terisia K. Chleborad
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K Street, Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   Email: terisia_chleborad@law.state.ak.us
   Alaska Bar No. 8912091

## Certificate of Service

I certify that on July 5, 2006, a copy of the foregoing Unopposed Motion for Extension of Time Until August 17, 2006 was served electronically on **Terisia K. Chleborad, Hugh W. Fleischer, John A. Scukanec** and on **None** by regular U.S. mail.

s/ **Terisia K. Chleborad**