Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | PROPOSED ORDER GRANTING |
| ) | UNOPPOSED MOTION FOR |
| Respondent. ) | EXTENSION OF TIME |
| ) | |

Upon consideration of respondent's unopposed motion to extend until August 17, 2006, the time for filing a response to the petition for writ of *habeas corpus*, the motion is GRANTED.

DATED _____, 2006, at Anchorage, Alaska.

_____
U. S. District Court Judge