Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | <u>AFFIDAVIT OF</u> |
| ) | <u>TERISIA K. CHLEBORAD</u> |
| Respondent. ) | |
| ) | |

  Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

  1. I am the attorney who has been assigned to represent the State of Alaska in this case.

2. My work load has prevented me from preparing a response to the petition for *habeas corpus* relief. Recently I prepared a brief in *Sudbury v. State*, A-9204, and currently I am completing the state's brief in *State v. Beltz*, A-9496. I have briefs soon due in *East v. State*, A-9374, and *Spencer v. State*, A-9024. I will file the state's response in this case within the time requested.

3. Mr. Berge's attorney, Hugh Fleischer, does not oppose this request.

DATED July 5, 2006, at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ Terisia K. Chleborad
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K Street, Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   Email: terisia_chleborad@law.state.ak.us
>   Alaska Bar No. 8912091

**Certificate of Service**

I certify that on July 5, 2006, a copy of the foregoing Affidavit of Terisia K. Chleborad was served electronically on **Terisia K. Chleborad, Hugh W. Fleischer, John A. Scukanec** and on **None** by regular U.S. mail.

s/ **Terisia K. Chleborad**