Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondents

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE,   ) | |
|   ) | |
|      Petitioner,   ) | |
|   ) | |
|    vs.   ) | Case No. 3:05-cv-00290-TMB |
|   ) | |
| MARK ANTRIM, et al,   ) | UNOPPOSED MOTION FOR |
|   ) | EXTENSION OF TIME UNTIL |
|      Respondent.   ) | SEPTEMBER 21, 2006 |
|   ) | |

The respondent moves this court for an extension of 35 days, until

September 21, 2006, within which to file its response to petitioner's writ of

*habeas corpus*.  The State of Alaska's response is presently due August 17, 2006.

This motion is supported by an affidavit of counsel.  A proposed order is

attached.

DATED August 17, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Terisia K. Chleborad
    Assistant Attorney General
    State of Alaska, Dept. of Law
    Office of Special Prosecutions
        and Appeals
    310 K Street, Suite 308
    Anchorage, Alaska 99501
    Telephone: (907) 269-6250
    Facsimile: (907) 269-6270
    Email: terisia_chleborad@law.state.ak.us
    Alaska Bar No. 8912091

**Certificate of Service**

I certify that on August 17, 2006, a copy of the foregoing Unopposed Motion for Extension of Time Until September 21, 2006 and Proposed Order was served electronically on **Hugh W. Fleischer and John A. Scukanec**.

s/ **Terisia K. Chleborad**