Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE,  )  <br> ) <br> Petitioner,  ) <br> ) <br> vs.  ) <br> ) <br> MARK ANTRIM, et al,  ) <br> ) <br> Respondent.  ) <br> _____ ) | Case No. 3:05-cv-00290-TMB <br><br> **PROPOSED** ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

Upon consideration of respondent's unopposed motion to extend until September 21, 2006, the time for filing a response to the petition for writ of *habeas corpus*, the motion is GRANTED.

DATED _____, 2006, at Anchorage, Alaska.

_____
U. S. District Court Judge