Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | AFFIDAVIT OF |
| ) | TERISIA K. CHLEBORAD |
| Respondent. ) | |
| ) | |

Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

    1.    I am the attorney who has been assigned to represent the State of Alaska in this case.

    2.    My work load has prevented me from preparing a response to the petition for *habeas corpus* relief. Recently I filed the state's response to a

petition in *Howarth v. State*, S-12253. I am also working on the state's responsive brief in *Spencer v. State*, A-9024, and I have been researching and writing on other legal issues for OSPA and the district attorney's offices. I also have briefs due in other cases in August and September. In addition, I must attend the annual DA's conference in September. I will file the state's response within the time requested.

3. Mr. Berge's attorney, Hugh Fleischer, does not oppose this request.

Further your affiant sayeth naught.

*/s/ Terisia K. Chleborad*

SUBSCRIBED AND SWORN to before me this 17th day of August, 2006, at Anchorage, Alaska.

*/s/ Vivien M. Noll*
Notary Public in and for Alaska

### Certificate of Service

I certify that on August 17, 2006, a copy of the foregoing Affidavit of Terisia K. Chleborad was served electronically on **Hugh W. Fleischer and John A. Scukanec.**

s/ Terisia K. Chleborad