Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 3:05-cv-00290-TMB |
| MARK ANTRIM, et al, | ) AFFIDAVIT OF |
| | ) TERISIA K. CHLEBORAD |
| Respondent. | ) |

Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

1. I am the attorney who has been assigned to represent the State of Alaska in this case.

2. I have reviewed the petition for *habeas corpus* relief and I have started reviewing the underlying litigation. However, due to the eight fact-

specific claims that the petitioner has raised, it is taking more time than I had anticipated to analyze these claims and also to determine whether the petitioner exhausted his remedies in state court regarding each claim. I will also need time for my supervisor to review the pleading that I will file (as is the practice of this office). I will file the state's response within the time requested.

Further your affiant sayeth naught.

*/s/ Terisia C*

SUBSCRIBED AND SWORN to before me this September 21, 2006, at Anchorage, Alaska.


Notary Public in and for Alaska

### Certificate of Service

I certify that on September 21, 2006, a copy of the foregoing Affidavit of Terisia K. Chleborad was served electronically on Hugh W. Fleischer.

s/ Terisia K. Chleborad