# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

JOHN BERGE III v. MARK ANTRIM

Case No. *3-05-cv-290-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

### RE: Motion to Hold Petition for Writ of Habeas Corpus, Docket No. 3

Petitioner's motion to hold petition in abeyance, Docket No. 3 was filed pro se. Petitioner has since been appointed CJA counsel and an amended § 2254 petition has been filed. Accordingly, for purposes of record keeping and in the interest of justice as petitioner did not bring forth his request for stay in his amended petition, the motion at Docket No. 3 is DENIED as moot.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 26, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00290-TMB-JDR BERGE @3 MO Re Motion to Stay-Denied.wpd