## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

JOHN BERGE III v. MARK ANTRIM

Case No. *3-05-cv-290-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

### MINUTE ORDER FROM CHAMBERS

**RE: Motion to File Attachment to Amended § 2254 Motion, Docket No. 26**

Petitioner's motion [26] to file conventionally the 1,156 page State Court Transcript as an attachment to his § 2254 motion is GRANTED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 26, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00290-TMB-JDR BERGE @26 MO Re Conventional Filing.wpd