From:  John W. Berge III
            CCA/RRCC
       1750 E. Arica Rd.
       Eloy, AZ  85231

To:    John W. Sedwick, Chief Judge
       United States District Court
       222 West 7th Ave., #4
       Anchorage, AK  99513-7564

RE:    A05-0290 CV (JWS) - a split petition
       Complaint
       Removal of 3AN-05-12831 CI to Federal Court

Dear Judge Sedwick,

    This is a complaint against Mr. Hugh W. Fleischer, attorney, AK Bar No. 7106012. On 12/15/05 I had filed a Federal §2254 split Petition for Writ of Habeas Corpus in the United States District Court of Alaska, case no. A05-0290 CV (JWS). Mr. Fleischer was appointed to represent me and made his appearance on 12/22/05. My complaint against Mr. Fleischer concerns both aspects of the split petition. Mr. Fleischer is bent on a course of action sabotaging my litigation and denying my constitutional rights.

    The object of the split petition is my State filed, 10/19/05, habeas corpus, case no. 3AN-05-12831 CI. Two structural errors are demonstrated (see enclosed letters). This habeas corpus was filed pursuant to Alaska Civil Rule 86. CR86(j) instructs the court to act in a summary manner. Certainly defense counsel is under no less of a directive. I first sought Mr. Fleischer's assistance with this State filed habeas corpus early on (see 3/30/06 letter enclosed, Dan Lowery AK PDA was also aware). However, despite repeated assurances that he would motion the court to represent me this did not happen until late June. Again, despite repeated assurances by Mr. Fleischer that he would motion the court to comply with CR86 immediately upon appointment, 7/14/06, he has not done so (see enclosed letters).

    Re A05-0290 CV (JWS) Mr. Fleischer filed an Amended Petition on 6/5/06. This Amended Petition is a verbatim copy of the Opening Brief filed by James McComas in my Direct Appeal sans State Law. Mr. Fleischer sheppardized the Federal cases quoted by McComas and substituted different Federal cases quoting the same law. Apparently an attempt to appear original? The problem with the farce that Mr. Fleischer imposes on the court is multiple. First, 2 of the issues raised in McComas's Brief were not preserved for appeal. Second, these arguments do not address the subject of Federal Review - the sustainablity of the Alaska Court of Appeals rulings (see letter 7/5/06). Without correction these two problems will result in dismissal. The third problem is that this level of

representation results in a waste of court resources and theft of funds when Mr. Fleischer is paid for not doing what he was appointed to do.

    Mr. Fleischer has not answered a single letter I have sent him. In our phone conversations and letters I have repeatedly asked Mr. Fleischer if he suffers any confliction in representing me. Although he assures me he does not, his actions demonstrate Mr. Fleischer's greater loyalty lies with the Alaska Bar. Considering the liability issues inherent in the structural errors demonstrated in 3AN-05-12831 CI and the failure of any AK Bar member to challenge them in over 25 years, all members of the AK Bar suffer conflict-of-interest and the Alaska Legal System is paralyzed.

    For the above reasons I am requesting Mr. Fleischer be dismissed and counsel be assigned who is not an Alaska Bar member and who will fight with zeal to win my litigation. Mr. Fleischer's unethical conduct deserves sanction.

    It is futile to continue 3AN-05-12831 CI in the State Courts (e.g. inability of Alaska Courts to provide due process, failure of the court to comply with CR86, elapsed time of the case, history of cases listed in letters enclosed, see 1/22 & 7/2/06). The case is over ripe, yet I continue to languish in prison. It is necessary to remove this litigation to the Federal Court per 28 USCS §1441 and FRCP 81(c) for an immediate ruling.

Dated: SEPTEMBER 11, 2006

John W. Berge III

Enclosed: letters to H.W. Fleischer - January 22, 2006
                                                                       March 30, "
                                                                        May 23, "
                                                                        June 5, "
                                                                       June 18, "
                                                                       June 27. "
                                                                        July 2, "
                                                                        July 5, "
                                                                      August 7, "

cc: H.W. Fleischer, attorney

BERGE
Complaint against Fleischer
Remove 3AN-05-12831 CI to Fed.