March 30, 2006

From: John W. Berge III
      CCA/FCC
      P.O. Box 6200
      Florence, AZ  85232

To:   Hugh W. Fleischer, Attorney
      310 K St., Suite 200
      Anchorage, AK  99501

RE:   A05-0290 CV (JWS)
      3AN-05-12831 CI

Dear Mr. Fleischer,

   Pursuant to our conversation on Monday 3/27/06 and my phone message to you on 3/28/06, to my understanding this is how things now stand:

1) You now have my case file from Ketchikan and will proceed with the case review.

2) My liberty interest is at stake and time is of the essence. Thus, no more time extensions.

3) Concerning my State filed habeas corpus, case no. 3AN-05-12831CI:

   a) Due to the Public Defender Agencies(PDA) Motion to Withdraw filed 2/23/06, I am functionally without counsel and am unwilling to accept conflicted counsel.

   b) There has been no opposition to the PDA's Motion to Withdraw.

   c) You have agreed to substitute as counsel under AR 517(b) and to be court appointed stipulating the PDA's Motion to Withdraw and as Ad.R. 12(e)(1) directs.

   d) I am directing that under no circumstances should you agree, or will I accept, your pro bono service in this matter.

   e) The court's date of May 17 for a Representation Hearing does not comply with the adjudication calendar for habeas corpus. CR 16(g)(1) stipulates CR 86(j) which states that "The court **shall** proceed in a **summary manner** to hear the matter and render judgment accordingly." (emphasis added)

   My liberty interest is at stake and the court should be held to accord with the law.

1 of 2

If the State can not - or will not - comply with the law then the case should be removed to the Federal Court.

f) For your information, Dick Sky vs. Alaska, U.S.S.Ct. 05-9705 has been accepted for a full panel review.

If any of these facts are incorrect please advise me in writing of which and why.

Sincerely,

*John W. Berge III*

John W. Berge III

Letter 3/30/06
Berge
RE: A05-0290 CV (JWS)
    3AN-05-12831 CI