# 7004 2890 0002 0415 6590

From:  John W. Berge III                                           June 5, 2006
       CCA/FCC
       P.O. Box 6200
       Florence, AZ  85232

To:    Hugh W. Fleischer, Attorney
       310 K St., Suite 200
       Anchorage, AK  99501

RE:    3AN-05-12831 CIVIL
       Removal to Federal Court on grounds of futility.

Dear Mr. Fleischer,

   Since I first filed my habeas litigation in State Court it has been adversely impacted by the Alaska legal system being unable to provide the required constitutional safeguards of due process and of unconditional and conflict-free representation. No legitimate remedy to this problem appears to be forthcoming. Please know that I have absolutely no intention of forgoing these safeguards.

   The ultimate purpose of my litigation is to gain my immediate and unconditional release from illegal conviction and unlawful imprisonment; nothing less. It is impossible for me to fairly realize these objectives within the Alaska legal system as things now stand. The court has determined my claim has merit; the State has waived opposition to its merit, (see SKY vs. ALASKA, U.S. Supreme Court case #05-9705). Yet, instead of being granted relief, I'm unfairly forced to languish in prison as the Alaska Bar and the court system engage in avoidance tactics.

   Unfortunately, these circumstances implicate you, as a member of the Alaska Bar, as likewise being unable to provide unconditional and conflict-free representation in this matter. You've been fully informed regarding this matter since I initiated my litigation and I'm very disappointed that you've neglected to promptly tell me of this disability.

   At this point it seems that my interests would be best served by your petitioning the Federal Court for removal of my litigation on the grounds of futility, (see 28 USCS §1441 and FRCP 81(c)). It is, after all, futile to expect due process in the Alaska legal system without the required constitutional safeguards in-place; futility is a recognized exception to the exhaustion requirement of 28 USCS §2241/54.

   The need for your prompt response regarding this course of action is both urgent and necessary. Also, unless you specifically and concisely indicate otherwise, the above facts will be taken as being correct. Should you take exception to any of the above facts or law please provide, specifically and in writing, any reasons you may have in opposing either the facts or the proposed course of action.

                                        Sincerely,

                                        John W Berge III