#7002 0460 0002 9094 6786

June 18, 2006

From: John W. Berge III
      CCA/FCC
      P.O. Box 6200
      Florence, AZ  85232

To:   Hugh W. Fleischer, Attorney
      310 K. St., Suite 200
      Anchorage, AK  99501

RE:   3AN-05-12831 CI
      Phone conversation 6/16/06

Dear Mr. Fleischer,

   Good talking with you on the 16th.  Pursuant to that conversation it is my understanding that while providing unconditional, conflict free representation and in accord with my letters to you of May 23, 2006 (#7004 2890 0002 0415 7023) and June 5, 2006 (#7004 2890 0002 0415 6590) you will immediately motion the court to represent me per AK Public Defender Dan Lowery's MOTION TO WITHDRAW 2/23/06 being granted and as Ad.R.12(e)(1) directs.  Note that the PDA's MOTION TO WITHDRAW was granted in HOCHMUTH 3AN-05-14360 CI and thus is applicable to my case as well per Ad.R.44(a).

   Immediately upon being appointed counsel you will press the court to comply with CR86.  This should result in the court summarily, per CR86(j), granting the habeas corpus.  Note that when the court granted PDA's MOTION TO WITHDRAW this was, in effect, a ruling granting my habeas corpus claim.

   Due to my immediate liberty interest inherent to this extra ordinary writ, I am requesting that you walk the motions through, particularly if it is necessary to proceed to higher courts.

   Mr. Fleischer, I need a written statement signed by you agreeing to the above, or if you do not agree please note what you don't agree with and any alternate action you may recommend.

                                       Sincerely,

                                       John W Berge III
                                       John W. Berge III

#7002 0460 0002 9094 6786