June 27, 2006

From: John W. Berge III
      CCA/FCC
      P.O. Box 6200
      Florence, AZ  85232

To:   Hugh W. Fleischer, Attorney
      310 K St., Suite 200
      Anchorage, AK  99501

RE:   3AN-05-12831 CI
      Motion For Appointment of Counsel,
      Telephone conversation 6/26/06.

Dear Mr. Fleischer,

   Received your Motion For Appointment of Counsel on 6/26/06. Seems well done to me. You stipulated the necessary conditions. Enjoyed your phraseology. A few typo's as I mentioned in our conversation, but the important thing is to get appointed. When the judge grant's the motion please send me a copy of the signed Order and corrected Motion. I am **REALLY** looking forward to your next motion pressing the court to comply with CR 86 and to grant the habeas corpus.

                                   Sincerely,

                                   *[signature]*
                                   John W. Berge III