July 5, 2006

From: John W. Berge III
      CCA/FCC
      P.O. Box 6200
      Florence, AZ   85232

To:   Hugh W. Fleischer, Attorney
      310 K St., Suite 200
      Anchorage, AK   99501

RE:   A05-0290 CV (jws)
      Amended Petition

Dear Mr. Fleischer,

   The structural errors I have raised should moot the trial errors. However, I will not forsake the trial errors until that is fact.

   As you know: "On habeas corpus reviewing courts conduct their review to see if the decisions can be supported, rather than to see if they would have reached the same decision."  Smith v. Stewart, 140 F.3d 1263, 1270 (9th Cir. 1998)

   Therefore, the State Court's decision is what must be rebutted. You have not done this with your Amended Petition. Rearguing the issues, which is what you have done, does not address the specific decisions and will lose.

   Further, out of 38 pages, 25 pages are irrelevant. The last 2 issues you raised, the self defense issues, were not preserved for appeal. See James McComas's "Petition for Hearing" AK Supreme Court #S-09811. Also, in the Miranda Rights Issue you spent 6 pages arguing custodial interrogation. The State waived this. See MOJ #4254 p.6, also my Petition for Writ of Habeas Corpus p.7a. And there is more.

   In summary, the only way to effectively repair this catastrophe is to remove it completely from the record and submit a new amended petition. Therefore, I am directing you to submit a motion to remove the Amended Petition from the record and to seek an additional 30 days to submit a new amended petition.

   You need not worry about writing a new amended petition. I will do that and mail it to you for your signature and filing.

   I need a copy of the Record of Excerpt you used for the Amended Petition. Please mail one immediately.

                                        Sincerely,

                                        John W Berge III