August 7, 2006

From: John W. Berge III
      CCA/FCC
      P.O. Box 6200
      Florence, AZ  85232

To:   Hugh W. Fleischer, Attorney
      310 K St., Suite 200
      Anchorage, AK  99501

RE:   Telephone conversation 8/4/06

Dear Mr. Fleischer,

    Enclosed is a prepared MOTION FOR JUDGEMENT ready for your signature and filing. You will need to attach your affidavit. If you decide to redo this motion send me a copy for my review prior to filing. If you file it as is send me a copy with the clerk's "Filed" stamp on it.

    It is imperative that you comply with my July 5 letter and remove that garbage AMENDED PETITION. Unusual, but I am sure you can do it. Talk to the prosecutor, he won't care. The reason I want this done is those 2 self defense issues. McComas raised those, not me and I've got to say it really pissed me off then and **REALLY** pisses me off now! Think about it. I have never claimed self defense, my argument is that the Glass Warrant story is a crock of shit - I didn't do it. Then along comes my lawyer and says "Ah well, maybe he did do it so let's argue self defense". Doesn't it occure to you that you have completely torpedoed my credibility with the court? Get that garbage out of there and I mean **IMMEDIATELY**.

    Enclosed is a copy of my complaint against you. I will accept no more time delays. No excuses. Don't push me.

Sincerely,

*John W Berge III*