RECEIVED
OCT 1 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

October 5, 2006

From: John W. Berge III
      CCA/RRCC
      1750 E. Arica Rd.
      Eloy, AZ  85231
      520-464-3800

To:   John W. Sedwick, Chief Judge
      United States District Court
      222 West 7th Ave., #4
      Anchorage, AK  99513-7564

RE:   A05-0290 CV (JWS)
      Status Conference 10/17/06, 9:45 a.m.

Dear Judge Sedwick,

   I would like to attend the Status Conference scheduled for 10/17/06 at 9:45 a.m..

                              Sincerely,

                              *John W Berge III*