```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 JOHN W. BERGE, III               vs.  MARC ANTRIM

BEFORE THE HONORABLE JOHN D. ROBERTS   CASE NO. 3:05-cv-00290-TMB

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

APPEARANCES:    PLAINTIFF:  HUGH FLEISCHER

                DEFENDANT:  TERISIA K. CHLEBORAD

PROCEEDINGS: STATUS HEARING HELD 10/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:12 a.m. court convened.

Court and counsel heard re status hearing. Defendant's answer to amended petition due **10/24/06**, this will put the matter at issue. Plaintiff's response to any procedural claims due **11/08/06**; reply due **11/27/06**.

At 10:21 a.m. court adjourned.

DATE: October 17, 2006          DEPUTY CLERK'S INITIALS: rmc