IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-JWS |
| ) | |
| MARK ANTRIM, ) | <u>PROPOSED ORDER GRANTING</u> |
| ) | <u>MOTION FOR EXTENSION OF TIME</u> |
| ) | |
| Respondent. ) | |
| ) | |

Upon consideration of the respondent's motion to dismiss Berge's application for *habeas corpus* relief, the motion is granted. Berge's application includes both exhausted and unexhausted claims. His application, therefore, cannot be maintained. IT IS SO ORDERED. DATED this _____ day of _____, 2006.

_____
United States District Judge