Terisia Chleborad
Assistant Attorney General
Office of Special Prosecutions
  and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
E-mail: Terisia_Chleborad@law.state.ak.us

Attorney for Respondent Mark Antrim

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:05-cv-00290-JWS |
| vs. ) | |
| ) | |
| MARK ANTRIM, et al. ) | |
| ) | |
| Respondent. ) | |
| ) | |

## NOTICE OF ERRATA

The respondent hereby notifies the court that the proposed order submitted in conjunction with his motion to dismiss the writ of *habeas corpus* is incorrectly titled as an order granting an extension of time. A corrected order is attached.

Dated October 25, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Terisia K. Chleborad
  Assistant Attorney General
  Office of Special Prosecutions
    and Appeals
  310 K Street, Suite 308
  Anchorage, Alaska 99501
  Telephone: (907) 269-6250
  Facsimile: (907) 269-6270
  e-mail: Terisia_Chleborad@law.state.ak.us
  Alaska Bar No. 8912091

## Certificate of Service

I certify that on October 25, 2006, a copy of the foregoing Notice of Errata was served on John Berge III, FCC/CCA, P.O. Box 6200, Florence, AZ 85232 by regular U.S. mail.

s/ Terisia K. Chleborad