IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK ANTRIM, et al. | ) |
| | ) |
|     Respondent. | ) |
| _____ | ) CASE NO: A05-0290-CI (JWS) |

**UNOPPOSED MOTION and**
**MEMORANDUM FOR CONTINUANCE**

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a continuance of the time within which to file an amended § 2254 petition from May 22, 2006 to June 5, 2006 with the States' response due on or before July 5, 2006.

The reason for the requested continuance is that this week the undersigned counsel was called out of town unexpectedly to Washington, DC and just flew back to Anchorage on May 18, 2005.

Assistant Attorney General John A. Scukanec has authorized the undersigned to advise that the State of Alaska does not oppose this motion.

DATED at Anchorage, Alaska, this 19th day of May, 2006.

          LAW OFFICES OF HUGH W. FLEISCHER
              Attorney for Petitioner


By: ____S/Hugh W. Fleischer____
    Hugh W. Fleischer
    AK Bar # 7106012
    Law Offices of Hugh W. Fleischer
    310 K. Street, Suite 200
    Anchorage, AK 99501
    (907) 264-6635
    (907) 264-6602 (fax)
    hfleisch@aol.com

9501/511

CERTIFICATE OF SERVICE

I certify that on the 19th day of
May, 2006, an electronic copy of the
foregoing was delivered
to the following counsel:

John A. Scukanec
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer