IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III, ) | |
| ) | CASE NO: A05-0290 CR (JWS) |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MARK ANRRIM, et al. ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**<u>ORDER</u>**

Based on the foregoing motion,

IT IS ORDERED that the time for filing an amended § 2254 petition for petitioner, John Berge III is hereby continued to June _____, 2006.

DATED this ___ day of May, 2006.

_____
Timothy M. Burgess
United States District Judge

9501/512