IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III, ) | |
| ) | CASE NO: A05-0290 CR (JWS) |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MARK ANRRIM, et al. ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**<u>ORDER</u>**

Based on the foregoing motion,

    IT IS ORDERED that the following expenses are hereby approved:

    1) Round trip airfare of $1150.29 for travel from Anchorage to Phoenix, Arizona.

    2) Miscellaneous expenses including, but not limited to, a rental car.

    3) Meals.

    4) Lodging.

    DATED this _____ day of October, 2006.

9501/505

_____
John W. Sedwick
United States District Judge

9501/522