IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK ANTRIM, et al. | ) |
| | ) |
| Respondent. | ) |
| _____ | ) CASE NO: A05-0290-CI (JWS) |

## UNOPPOSED MOTION and MEMORANDUM FOR CONTINUANCE

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a continuance of the time within which to file a response to the State's Motion to Dismiss the Petition to December 4, 2006 with the States' reply due by the end of the first week of January, 2007, in that State's counsel shall be out of town from December 16-26, 2006.

The reason for the requested continuance is that this office did not receive the motion until this date and needs the additional time within which to respond.

Assistant Attorney General Terisia K. Chleborad has authorized the undersigned to advise that the State of Alaska does not oppose this motion.

DATED at Anchorage, Alaska, this 27th day of November,

2006.

          LAW OFFICES OF HUGH W. FLEISCHER
            Attorney for Petitioner


         By:____S/Hugh W. Fleischer
             Hugh W. Fleischer
             AK Bar # 7106012
             Law Offices of Hugh W. Fleischer
             310 K. Street, Suite 200
             Anchorage, AK 99501
             (907) 264-6635
             (907) 264-6602 (fax)
             hfleisch@aol.com


9501/525

CERTIFICATE OF SERVICE

I certify that on the 27th day of
November, 2006, a true copy of the
foregoing was delivered electronically
to the following counsel:

Terisia K. Chleborad
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer