IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III,              )<br>                              )<br>     Petitioner,             )<br>                              )<br>     v.                       )<br>                              )<br>MARK ANRRIM, et al.           )<br>                              )<br>     Respondents.             )<br>_____) | CASE NO: A05-0290 CR (JWS) |

**ORDER**

Based on the foregoing motion,

IT IS ORDERED that the time for filing a response to the State's Motion

petitioner, John Berge III is hereby continued to December 4, 2006.

DATED this ___ day of November, 2006.

_____
Timothy M. Burgess
United States District Judge

9501/526