Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MARK ANTRIM, et al, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:05-cv-00290-TMB <br><br> MOTION FOR EXTENSION OF <br> TIME UNTIL JANUARY 16, 2007 |

The respondent moves this court for an extension until January 16, 2007, within which to file its reply to petitioner's opposition to the motion to dismiss the writ of *habeas corpus*. The respondent's reply is presently due December 27, 2006. This motion is supported by an affidavit of counsel. A proposed order is attached.

DATED December 27, 2006, at Anchorage, Alaska.

> TALIS J. COLBERG
> ATTORNEY GENERAL
>
> s/ Terisia K. Chleborad
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>       and Appeals
>    310 K Street, Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    Email: terisia_chleborad@law.state.ak.us
>    Alaska Bar No. 8912091

## Certificate of Service

I certify that on December 27, 2006, a copy of the foregoing Motion for Extension of Time Until January 16, 2007, Affidavit, and Proposed Order was served electronically on Hugh W. Fleischer.

s/ **Terisia K. Chleborad**