Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN BERGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-00290-TMB |
| | ) | |
| MARK ANTRIM, et al, | ) | <u>AFFIDAVIT OF</u> |
| | ) | <u>TERISIA K. CHLEBORAD</u> |
| Respondent. | ) | |
| | ) | |

Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

1.     I am the attorney who has been assigned to represent the State of Alaska in this case.

2.     I am requesting an extension to file the respondent's reply brief for three reasons.  First, I was out of state for 16 days of this month and

unable to work on this case or any other during that time. Second, the numerous arguments that the petitioner raised in opposing the motion to dismiss will require that I spend more time on a response than I had anticipated. I will also need time for my supervisor to review the pleading that I will file (as is the practice of this office). I will file the state's response within the time requested.

Further your affiant sayeth naught.

*Jeremiah K C_____*

SUBSCRIBED AND SWORN to before me this December 27, 2006, at Anchorage, Alaska.



*Shana K. Valenti Jones*
Notary Public in and for Alaska