IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

JOHN BERGE,                      )

                             )

         Petitioner,       )

                             )

      vs.            )  Case No. 3:05-cv-00290-TMB

                             )

MARK ANTRIM, et al,    )  **PROPOSED** ORDER GRANTING

                             )  UNOPPOSED MOTION FOR

      Respondent.    )  EXTENSION OF TIME

                             )

Upon consideration of respondent's unopposed motion to extend until January 30, 2007, the time for filing a reply to the opposition to the motion to dismiss writ of *habeas corpus*, the motion is GRANTED.

DATED _____, 2006, at Anchorage, Alaska.

_____
U. S. District Court Magistrate Judge