Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN BERGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-00290-TMB |
| | ) | |
| MARK ANTRIM, et al, | ) | <u>AFFIDAVIT OF</u> |
| | ) | <u>TERISIA K. CHLEBORAD</u> |
| Respondent. | ) | |

Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

1. I am the attorney who has been assigned to represent the State of Alaska in this case.

2. I am requesting an additional extension to file the respondent's reply brief. The case that I have just completed working on took

more time than I had anticipated and for that reason, I have not yet been able to consider the numerous arguments that the petitioner raised in opposing the motion to dismiss. I will also need time for my supervisor to review the pleading that I will file (as is the practice of this office). I will file the state's response within the time requested.

        Further your affiant sayeth naught.

_Terisia K C_____

        SUBSCRIBED AND SWORN to before me this January 16, 2007, at Anchorage, Alaska.



_Vivien M. Noll_____
Notary Public in and for Alaska

John Berge v. Mark Antrim, 3:05-cv-0029-TMB
Page 2