# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

JOHN BERGE v. MARK ANTRIM, et al

Case No. *3:05-cv-00290-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: Motion for Extension of Time, Docket No. 59

Upon consideration of respondent's unopposed motion to extend until January 30, 2007, the time for filing a reply to the opposition to the motion to dismiss writ of *habeas corpus*, the motion is GRANTED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**
January 17, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CV\3-05-cv-00290-TMB-JDR BERGE @59 Mtn for Exten Time.wpd