Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | MOTION FOR EXTENSION OF |
| ) | TIME UNTIL FEBRUARY 5, 2007 |
| Respondent. ) | |
| ) | |

The respondent moves this court for an extension until February 5, 2007, within which to file its reply to petitioner's opposition to the motion to dismiss the writ of *habeas corpus*. The respondent's reply is presently due January 30, 2007. This motion is supported by an affidavit of counsel. A proposed order is attached.

DATED January 30, 2007, at Anchorage, Alaska.

> TALIS J. COLBERG
> ATTORNEY GENERAL
>
> s/ Terisia K. Chleborad
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>       and Appeals
>    310 K Street, Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    Email: terisia_chleborad@law.state.ak.us
>    Alaska Bar No. 8912091

**Certificate of Service**

I certify that on January 30, 2007, a copy of the foregoing Motion for Extension of Time Until February 5, 2007, Affidavit, and Proposed Order was served electronically on Hugh W. Fleischer.

s/ **Terisia K. Chleborad**