IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, )<br>)<br>　　　Petitioner, )<br>)<br>　vs. )<br>)<br>MARK ANTRIM, et al, )<br>)<br>　　　Respondent. )<br>_____) | Case No. 3:05-cv-00290-TMB<br><br>**PROPOSED** <u>ORDER GRANTING<br>UNOPPOSED MOTION FOR<br>EXTENSION OF TIME</u> |

Upon consideration of respondent's unopposed motion to extend until February 5, 2007, the time for filing a reply to the opposition to the motion to dismiss writ of *habeas corpus*, the motion is GRANTED.

　　　DATED _____, 2007, at Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U. S. District Court Magistrate Judge