Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@law.state.ak.us

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | <u>AFFIDAVIT OF</u> |
| ) | <u>TERISIA K. CHLEBORAD</u> |
| Respondent. ) | |
| ) | |

   Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

   1. I am the attorney who has been assigned to represent the State of Alaska in this case.

   2. I have nearly completed a draft of the state's reply memorandum. I still must have my supervisor to review the pleading that I will

file (as is the practice of this office). I realize that the Mr. Berge prefers that the time not be extended in this matter. But Mr. Berge has been convicted of first-degree murder, and that, along with his petition for *habeas corpus* relief are not taken lightly. There have been two proceedings regarding Mr. Berge's claims in three Alaska Courts; the Superior Court, the Court of Appeals, and the Alaska Supreme Court. It has taken time to discern the facts and law applicable to whether, in that extensive litigation, Mr. Berge exhausted each of his ten claims.

Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this January 30, 2007, at Anchorage, Alaska.



Vivien M. Noll
_____
Notary Public in and for Alaska