# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

JOHN BERGE v. MARK ANTRIM

**Case No. *3:05-cv-00290-TMB-JDR***

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

By agreement of the magistrate judges, and at the direction of the Chief Judge, the referral in the above-referenced case is hereby reassigned to the Honorable Deborah M. Smith, U.S. Magistrate Judge.  Please use the following case number on all future filings: 3:05-cv-00290-TMB-DMS.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**
February 14, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  <u>See</u> FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CV\33-05-cv-00290-TMB-JDR BERGE 2254 Transfer of USMJ Referral.wpd

ORDER OF TRANSFER OF USMJ REFERRAL
Entered at the direction of
3-05-cv-00290-TMB-JDR    Judge John D. Roberts    02/14/2007; Page 1 of 1