Terisia Chleborad
Assistant Attorney General
Office of Special Prosecutions
  and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
E-mail: terisia.chleborad@alaska.gov

Attorney for Respondent Mark Antrim

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN BERGE III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No. 3:05-cv-00290-JWS |
| vs. | ) | |
| | ) | |
| MARK ANTRIM, et al. | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## NOTICE OF FILING ORDER DENYING BERGE'S STATE COURT PETITION FOR HEARING

In support of its motion to dismiss Berge's petition for writ of

*habeas corpus*, the state files the attached copy of the Alaska Supreme Court's

order that denied Berge's petition for hearing.

Dated October 1, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

<u>s/ Terisia K. Chleborad</u>
   Assistant Attorney General
   Office of Special Prosecutions
    and Appeals
  310 K Street, Suite 308
  Anchorage, Alaska 99501
  Telephone: (907) 269-6250
  Facsimile: (907) 269-6270
  e-mail: terisia_chleborad@alaska.gov
  Alaska Bar No. 8912091

## Certificate of Service

I certify that on October 1, 2007, a copy of the foregoing Notice of filing Order Denying Berge's State Court Petition for Hearing was served electronically on Hugh Fleischer

<u>s/ Terisia K. Chleborad</u>

John Berge III v Mark Antrim, Case No. 3:05-cv-00290-JWS
Page 2