# In the Supreme Court of the State of Alaska

| | |
|---|---|
| **John W. Berge, III,** ) | Supreme Court No. **S-11884** |
| Petitioner, ) | |
| v. ) | **Order** |
| ) | Petition for Hearing |
| **State of Alaska,** ) | |
| Respondent. ) | Date of Order: **8/19/05** |

Trial Court Case No. **1KE-01-00122CI**
Court of Appeals No. **A-8683**

Before: Bryner, Chief Justice, Matthews, Eastaugh, Fabe, and Carpeneti, Justices.

On consideration of the Petition for Hearing filed on **5/4/05**, and the response filed on **7/11/05**,

**IT IS ORDERED**:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

*Lori A. Wade*
Lori A. Wade, Chief Deputy Clerk

cc: Supreme Court Justices
COA Judges
Judge Thompson
Central Staff
Trial Court Appeals Clerk/Ketchikan

Distribution:

John A Scukanec
OSPA
310 K Street # 308
Anchorage AK 99501

John Berge
Central Arizona Detention Center
P O Box 6200
Florence AZ 85232