MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*John Berge, III  v. Mark Antrim, et al*

Case No.  3:05-cv-290  TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**   ORDER FROM CHAMBERS

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Respondent's Motion to Dismiss Amended Petition for Writ of *Habeas Corpus* for failure to Exhaust State-Court Remedies (Docket No. 46) and noting that no objections were filed by either party, the Court hereby adopts and accepts the Initial Report and Recommendation in its entirety. Consequently, Respondent's Motion to Dismiss Amended Petition for Writ of *Habeas Corpus* for failure to Exhaust State-Court Remedies, (Docket 46), is DENIED.

**IT IS SO ORDERED.**

All surviving claims:  1-6 and 9 and 10 were exhausted in State Court. Parties should proceed to briefing on the merits of the remaining claims.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: December 11, 2007.