IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | **PROPOSED** ORDER GRANTING |
| ) | UNOPPOSED MOTION FOR |
| Respondent. ) | EXTENSION OF TIME |
| ) | |

Upon consideration of respondent's motion to extend until April 9, 2008, the time for filing an opposition to the petitioner's opening brief on the merits of his writ of *habeas corpus*, the motion is GRANTED.

DATED _____, 2008, at Anchorage, Alaska.

_____
U. S. District Court Magistrate Judge