Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@alaska.gov

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | <u>AFFIDAVIT OF</u> |
| ) | <u>TERISIA K. CHLEBORAD</u> |
| Respondent. ) | |
| ) | |

Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

1. I am the attorney who has been assigned to represent the respondent in this case.

2. I am requesting the extension in this case because of the press of other cases that I am handling. I have not previously requested an extension

of time to respond to the Mr. Berge's brief on the merits of his claims. In addition, I anticipate that it will take quite some time to research and analyze Mr. Berge's multiple claims.

      Further your affiant sayeth naught.

_____

      SUBSCRIBED AND SWORN to before me this February 14, 2008, at Anchorage, Alaska.



_____
Notary Public in and for Alaska

John Berge v. Mark Antrim, 3:05-cv-0029-TMB
Page 2