February 20, 2008

From: John W. Berge III
      CCA/RRCC
      1750 E. Arica Rd.
      Eloy, AZ  85231

To:   Judge Burgess
      United States District Court
      222 West 7th Ave.  #4
      Anchorage, AK  99513-7564

Re:   A05-0290 CV (JWS)
      COMPLAINT

RECEIVED
FEB 2 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Judge Burgess,

    This is a complaint against my court appointed attorney Hugh W. Fleischer.

    Mr. Fleischer in PETITIONER'S OPENING BRIEF ON THE MERITS, filed 1/14/08, omits GROUND 5 (see Petition for Habeas Corpus §2254) which is dispositive of the State's case against me.[1] His arguments for GROUND 3 & 4 do not address the findings of Alaska Court of Appeals MEMORANDUM OPINION #4982 (State Exhibit C) denying these issues (see letter July 5, 2006, attached).

    On 1/22/08 I received my copy of PETITIONER'S OPENING BRIEF ON THE MERITS.

    On 1/24/08, after reviewing PETITIONER'S OPENING BRIEF ON THE MERITS, I called Mr. Fleischer and pressed him about his failure to include GROUND 5. He said he would amend his brief to include it.

    On 1/25/08 I called Mr. Fleischer in the morning and we

---

[1] I have pressed Mr. Fleischer on this issue. See attached letters:
July 5, 2006, Dec. 18, 2006, July 5, 2007, January 21, 2008.
  a) Letter of Dec. 18, 2006 - Receipt of this letter was confirmed by
    Mr. Fleischer during a phone conversation. He assured me GROUND 5 was
    preserved since it was inclusive to MR. BERGE'S AMENDED PETITION filed
    June 5, 2006: "This amendment also incorporates Mr. Berge's initial
    §2254 PETITION filed on or about Dec. 12, 2005." (last sentence p.1).

further discussed the omissions of GROUND 5 and the deficiency of his brief in regards GROUND 3 & 4. I offered my help and Mr. Fleischer accepted. I told him we needed 4 documents on his desk in order to start our review: PETITION FOR HABEAS CORPUS §2254, APPELLANT'S EXCERPT OF RECORD Vol. II, ALASKA SUPREME COURT BRIEF (never used), and the GRAND JURY TRANSCRIPT. I called Mr. Fleischer twice more that day. The last time was around 5pm AK time. As the day wore on I was aware of how continuously busy Mr. Fleischer was and I heard him fade. His fatigue was extreme by the end of the day and I readily agreed to call him on Monday feeling great compassion for the man.

On Monday 1/28/08 I again called Mr. Fleischer. He still did not have all of the documents needed for our review. I commented on his busy schedule and offered to prepare an addendum to PETITIONER'S OPENING BRIEF OF THE MERITS and mail it to him ready for his signature. He agreed. I asked how he wanted it titled? He replied: ERRATA TO PETITIONER'S OPENING BRIEF ON THE MERITS.

On 1/31/08 the ERRATA TO PETITIONER'S OPENING BRIEF ON THE MERITS was posted out of CCA/RRCC, Eloy, AZ mail room (attached w/ letter 1/30/08.

On 1/31/08 I again called Mr. Fleischer, told him the 'ERRATA' was in the mail and should reach him Monday 2/4/08. I also gave him a correction for p.6.

On 2/4/08, after a number of attempts, I was successful in speaking with Mr. Fleischer about 5:10pm AK time. Mr. Fleischer had just concluded a one hour client meeting and was tired. He had received the 'ERRATA' and would file it.

On 2/7/08 I again talked with Mr. Fleischer about 5pm AK time. He stated that he would begin work on the 'ERRATA' on the morrow, 2/8/08.

On 2/11/08 the facility I am incarcerated at, CCA/RRCC was locked down right after breakfast for an institutional shakedown. (see Memo attached). We were confined to our cells and telephones

BERGE, A05-0290 CV (JWS)
COMPLAINT 2/20/08                    2 of 3

were cut off.  The telephones were reconnected 2/19/08, although the facility is still locked down as of 2/20/08.

In the afternoon of 2/19/08 around 4pm AK time, I spoke with the Federal Clerk of the Court and learned that Mr. Fleischer has filed nothing in my case since his filing of PETITIONER'S OPENING BRIEF ON THE MERITS on 1/14/08.  Accord this court's BRIEFING SCHEDULE the State's REPLY was due 2/14/08.  However, the State has gained a 30 day time extension.

Therefore, I respectfully request this court to dismiss Mr. Fleischer as my attorney and to allow me to proceed pro se.  As such I request 30 days to perfect and file an ERRATA TO PETITIONER'S OPENING BRIEF ON THE MERITS.

The following documents are also needed.  Please arrange to have them sent to me.
1) Grand Jury Transcript (1997)
2) Magistrate Smith's Recommendation (10/07) on the State's Motion to Dismiss for failure to exhaust State remediew.
3) Court ORDER denying State's Motion to Dismiss (12/11or13/07).

Note:  I neither need nor want the case file.  I do not have room to store it.

FEBRUARY 20, 2008

John W. Berge III
CCA/RRCC
1750 E. Arica Rd.
Eloy, AZ  85231

Attached:
1) ORDER Granting Petitioner permission to proceed pro se. ORDER Granting Petitioner 30 days to file ERRATA TO PETITIONER'S OPENING BRIEF ON THE MERITS.
2) Letter's to Mr. Fleischer - July 5, 2006, December 18, 2006, July 5, 2007, January 21, 2008
3) Letter 1/30/08 w/ ERRATA TO PETITIONER's OPENING BRIEF ON THE MERITS (not filed).
4) Memo, CCA/RRCC, Facility Shakedown

BERGE, A05-0290 CV (JWS)
COMPLAINT 2/20/08                    3 of 3

JOHN W. REEVE III
CCA/PRCC
1750 E. Arica Rd.
Eloy, AZ 85231

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
222 WEST 7th AVE. #4
ANCHORAGE, AK
99513-7564

