December 18, 2006

From: John W. Berge III
      CCA/RRCC
      1750 E. Arica Rd.
      Eloy, AZ  85231

To:   Hugh W. Fleischer, Attorney
      310 K St., Suite 200
      Anchorage, AK  99501

RE:   A05-0290 CV (JWS)
      Phone conversation 12/18/06

RECEIVED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Mr. Fleischer,

   To summarize our phone conversation. The last issue in my original PETITION FOR WRIT OF HABEAS CORPUS - "Trial counsel was ineffective for failing to conduct an adequate investigation" (p.10e) - was not included in the state's 10 issues listed as the issues of the AMMENDED HABEAS CORPUS. Note that other ineffective assistance issues are seperately listed. You concurred with the state's list in your OPPOSITION TO DISMISS. Do not lose this issue. This is the most powerful issue of my petition:

   a) It conclusively defeats the state's only evidence (Glass Warrant Story) used for the indictment and trial. The state concur's with Mr. Nixon's findings, never disputing them from the Superior Court onward.

   b) Bob Dickerson's testimony was solely based on this story - the state's only witness against me.

   c) A pre-trial MOTION TO DISMISS THE CASE should have been granted.

   d) I expect this issue to over turn my conviction and bar retrial.

   e) I asked you to request an Evidentary Hearing primarily to hammer this issue on the points outlined. Certainly there are other issues, but this is the one to win.

Please request my physical presence at the Evidentary Hearing.

                                        Sincerely,