July 5, 2007

From:  John W. Berge III
       CCA/RRCC
       1750 East Arica Rd.
       Eloy, AZ  85231

To:    Hugh W. Fleischer, Attorney
       310 K St., Suite 200
       Anchorage, AK  99501

RE:    A05-0290-CI (JWS)

Dear Mr. Fleischer,

    If a decision has not yet been filed I am directing you to file the enclosed complaint with attachment in my behalf.

                        Sincerely,

                        *John W Berge III* (signature)

                        John W. Berge III

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: HUGH W. FLEISCHER, ATTORNEY
Street, Apt. No.; or PO Box No.: 310 K ST., #200
City, State, ZIP+4: ANCHORAGE, AK 99501

Article Number: 7002 0460 0002 9094 6779

PS Form 3800, January 2001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HUGH W. FLEISCHER, ATTORNEY
310 K ST., SUITE 200
ANCHORAGE, AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Carole Miller — ☐ Agent ☐ Addressee
B. Received by (Printed Name): C. Miller
C. Date of Delivery: 7/6/07
D. Is delivery address different from item 1? ☐ Yes ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 0460 0002 9094 6779

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540