*Postko 1/23*

January 21, 2008

From: John W. Berge III
      CCA/RRCC
      1750 E. Arica Rd.
      Eloy, AZ  85231

*Confirmed Received By Telephone Conversation*

**RECEIVED**
FEB 2 ? 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To:   Hugh Fleischer, Attorney
      310 K St.  #200
      Anchorage, AK  99501

Re:   A05-0290 CV (JWS)

Hello Hugh,

Pursuant to the last issue in my Petition For Habeas Corpus Application I want you to press for the following judgement. It is true that I presented this in my application, but it is so important that I want you to address it in your final brief and again orally if we get an evidentary hearing. Also, if the court does not address/grant it in it's final judgement I want you to motion for reconsideration. The issue is dispostive of the State's case against me including Bob Dickerson's pre-trial and trial statements as they were all based on the same fictitious story. Use the following paragraph or restate it as you wish, but please include all of the points therein. <u>Note</u> that if the court rules in my favor on the First Issue dismissing the Glass Warrant Application as invalid for lack of probable cause, this will remove the Glass Warrant Tape as evidence but it does not ~~address~~ *remove* Bob Dickerson's statement, based on this fiction, that I told him "I killed Ernie Taylor." In order to invalidate Dickerson's testimony it would then be necessary to again fight the issue in the Superior Court. This is not something I want to do and it should not be necessary to re-litigate it as it is fully infront of this court now. It would be a waste of time and money to have to fight this again.

"Pursuant to the last issue raised in petitioner's original PETITION FOR HABEAS CORPUS APPLICATION, Ground 5: Trial counsel was ineffective for failing to conduct an adequate investigation.

The Glass Warrant story immortalized on tape contains a shooting discription by petitioner. This was termed a confession by the State and used with the Grand Jury to obtain the indictment and again at trial to obtain a guilty verdict. It was also the basis for the State informant, Bob Dickerson's, trial testimony and earlier statement's to the police and judge. This Glass Warrant confession has now been shown by expert analysis to be impossible, this finding is uncontested by the State. It is a fictional story just as petitioner has claimed all along. It is also the only evidence the State had against petitioner. In the now total absence of evidence petitioner request that the judgement be reversed, all charges dismissed with prejudice against retrial, and an unconditional release from prison be granted."

                                                 Sincerely,