January 30, 2008

From: John W. Berge III
CCA/RRCC
1750 E. Arica Rd.
Eloy, AZ 85231

To: Hugh W. Fleischer, Attorney
310 K. St., #200
Anchorage, AK 99501

Re: A05-0290 CV (JWS)
ERRATA BRIEF OF MERIT

RECEIVED
FEB 2 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Hello Hugh,

Here it is. Pretty wordy. Wish you had refined it.

Correction on p.5 in blue ink you need to initial?

Since GROUND 5 is dispositive, could/should you request the court to rule on it first? Might save a lot of effort (time) and patience of the court.

Please send me copies of:

1) Grand Jury Transcript - I decided not to bug you while you were involved with the trial. Can add this info in the Reply Brief.

2) Magistrate's Recommendation

3) Court's ORDER upholding Exhaustion of State Remedies.

Sincerely,