# REQUEST FOR SERVICE

Inmate Name _John Berge_  Number _785437_  Housing Location _6-E 13_

To _Mail Room_  Date _1/30/08_

Subject (State briefly the problem on which you need assistance) _____

_PLEASE ADD 1ST CLASS AIR MAIL POSTAGE TO MAILING:_

_HUGH W. FLEISCHER, ATTORNEY_
_710 K. ST., #200_
_ANCHORAGE, AK 99501_

_COST ?_

_RELEASE OF FUNDS ATTACHED._

Note:  If necessary, you may be interviewed in order to handle your request.  Your failure to specifically state your problem may result in no action being taken.

## DO NOT WRITE BELOW THIS LINE

Referred To: _____  By: _____  Date: _____

Disposition / Response _mailed $1.31_ _____

_____    _1/31/08_
Staff Member                      Date

## Appointment to meet with staff

Staff member name _____

Staff member signature _____

Location of meeting _____

Time _____ Date _____

If no appointment is required initial here _____

NOTE:  If this area is filled out it will be your place to meet with requesting staff member at the designated time.

600904-2606

ORIGINAL - INMATE      YELLOW - RESPONDENT