**CCA**
CORRECTIONS CORPORATION OF AMERICA

## RED ROCK CORRECTIONAL CENTER

TO:       All Inmates

FROM:     Warden B. Stolc

RE:       Facility Shakedown

DATE:     February 11, 2008

As of this morning the facility staff will begin conducting a mass shakedown of the facility. All Housing Units will remain lockdown until the completion of the search. We anticipate that the shakedown will last approximately 7 – 10 days. However, the speed with which we can complete the shakedown will depend upon your cooperation. This is the first of two searches of this type in 2008. These searches will be conducted semi-annual from here going forward. The procedure for the shakedown will be as follows:

1. You will be **strip searched** in your cell and allowed to exit in your t-shirt, underwear, and shower shoes. You will be asked to verify the conditions of all appliances in your cell and initial a cell shakedown sheet for your cell as to the condition of these items.
2. You will be handcuffed behind the back and placed in a chair in the dayroom while your cell is searched.
3. The shakedown will require that you come into compliance with Inmate Property Policy. Any item not on this matrix will not be allowed after the shakedown and will be considered contraband. If you have any items that are allowed due to medical reasons you will be required to show the current documentation to support your need for the item. Medical staff will be assisting with the search and will be reviewing all medically approved items to verify your need for the item. If you wish to help expedite the process you may place trash and nuisance items that you wish to destroy at your cells door. You may place excess facility property, i.e. T-shirts, Underwear, Uniforms, etc. in a your laundry bag by your door. The bag will be returned to you at the completion of your cell search or when emptied by your Unit Team. Trash, nuisance items and any unaltered excess facility property that you place by your door in this manor will not result in a disciplinary action. Your Unit Team will come around by noon today to pull these items from your cell.
4. In order to assist in expediting the search of your cell you should be prepared to produce proof of ownership of all electronics items and any specialty items such as musical instruments, hobby craft, etc. You should leave this documentation on your bunk for the search team to review.
5. When your cell search is complete, you will be escorted back to your cell. You will then be presented with a receipt for items confiscated from your cell. You will be given the opportunity to sign a disbursement for funds to ship home any items you are allowed by staff to ship out. You must make an immediate decision as to whether you want to ship these items or have them destroyed. If you do not have the money on your books to ship items, the facility will pay for it and put a hold on your account until funds become available. You must also have an address available for shipping. Items will be shipped and/or destroyed the same week as the shakedown.
6. Any items that are considered contraband will result in a disciplinary report.
7. All library books will be collected and returned to the library for inventory purposes.
8. You will then again verify the status of the electronics in your cell and be asked to initial and sign the cell shakedown report.

Page 1


CORRECTIONS CORPORATION OF AMERICA

9. The breakfast and evening meals will be a hot meal served from the unit food lines. You will be let out 10 at a time to get a tray and immediately return to your cell. You will not be allowed to use the microwave or telephones. After completion of feeding the unit staff will go around to the cells to pick-up the trays. The lunch meal each day will be a bag lunch served with your breakfast meal. Any individuals and/or units who do not cooperate with this procedure will be served bag lunches for all meals for safety and security reasons. We anticipate making the first two days meals after completion of the lockdown some of the population favorites off the current menu including some additional special items based on the cooperation of the population during the shakedown.

10. Unit staff will conduct showers on Monday/Wednesday/Fridays and/or on the opposite days of the shakedown being conducted in your unit. You will not receive a shower on the first day (Monday) of the shakedown period. Your Unit Manager will coordinate this process. No more than 6 inmates will be let out at a time and for any more than 15 minutes to shower. Units who do not cooperate with this procedure and/or who abuse the time to attempt to do other things than shower, i.e. visit with other inmates, use the microwave, etc. will lose this opportunity.

11. Medical staff will conduct pill line by delivering the pills to the Units. A nurse will also make rounds once per day in every housing unit to address any emergency issue. You still need to utilize the normal sick call process during this operation. You can give your sick call request to any Unit Team staff member who will forward to medical. Nurses' sick call and pre-scheduled medical visits will continue during the operation.

12. If the lockdown would cause you to miss an immediate impending court deadline of which you can prove documentation of the deadline, you must contact your Unit Manager and/or Case Manager during their rounds to show them the documentation. They will make arrangements for you to have access to the Law Library between 6 am and 8 am to meet your deadline. Only work pertinent to your documented deadline would be approved to work on during the lockdown.

13. While you are locked down for this process you should direct all questions and concerns you have to your Unit Manager, Correctional Counselor, Case Manager and/or Unit Correctional Officer.

14. Attached to this letter are some operational changes that will be effective upon completion of the lockdown. Please read these and direct any questions about these changes to your unit team. Upon completion of this operation, extensive Town Hall Meetings will be conducted by the Facility Administration and your Unit Team to address your questions and concerns and the new direction of your facility. Upon completion of the lockdown there will be a renewed emphasis on compliance with institutional rules.

**I am confident that with the inmate population cooperation we will be able to complete the shakedown in 7-10 days. However, if issues arise that do not allow us to complete the shakedown it will continue until such time that all units and common areas are searched.**