**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₈

**OFFICIAL USE** JOHN BEIGE

| | | |
|---|---|---|
| Postage | $ | .39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

Postmark Here   JUL 6 2006

Sent To: HUGH W. FLEISCHER, ATTORNEY
Street, Apt. No.; or PO Box No.: 310 K St., Suite 200
City, State, ZIP+4: ANCHORAGE, AK 99501

7005 1820 0002 6345 8218

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HUGH W. FLEISCHER, ATTN.
   310 K St., Suite 200
   ANCHORAGE, AK
   99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Carole Miller*   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): C. Miller
C. Date of Delivery: 9/10/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7005 1820 0002 6345 8218

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154