RECEIVED
FEB 2 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN W. BERGE III              )
                               )
        Petitioner,            )
                               )
    vs.                        )
                               )
MARK ANTRIM, et al.            )
                               )
        Respondent.            )
_____)   CASE NO:   A05-0290 CV (JWS)

## ORDER

It is so ORDERED that court appointed attorney Hugh W. Fleischer, AK Bar # 7106012, is hereby dismissed as Attorney for Petitioner and Petitioner JOHN W. BERGE III is hereby GRANTED permission to proceed PRO SE.

Dated_____    _____