July 5, 2007

From: John W. Berge III, Petitioner
      CCA/RRCC
      1750 East Arica Rd.
      Eloy, AZ  85231

To:   John W. Sedwick, Chief Judge
      United States District Court
      222 West 7th Ave.  #4
      Anchorage, AK  99513-7564

RE:   A05-0290-CI (JWS)

RECEIVED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Judge Sedwick,

Following is a complaint concerning the length of time that has passed without a decision.

This §2254 Habeas Corpus was filed 12/12/05 and came in front of this court for a decision 2/5/07.

There are 5 issues. All five demonstrate failure to comply with RIGHTS promised all citizens by the USC Bill of Rights. The final issue deals with the heart of the case. The evidence used to indict and convict petitioner, the only evidence there ever was, has been proven false. This was first brought to the State Superior Court on 6/26/03. See attachment "Opposition to Supplemental Second Motion to Dismiss or for Summary Judgement."[1]

After nearly 10 years (effective 9/14/07) petitioner remains in jail. It has now been 5 months since this case became ripe for a decision. Petitioner respectfully request's a ruling.

Dated: July 5, 2007

John W. Berge III
Petitioner

---

[1] This document may also be found in Appellant's Excerpt of Record Vol. II p. 302-308 filed in Alaska Court of Appeals case no. A-8683 and listed as a reference in petitioner's §2254 Application.