IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN BERGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-00290-TMB |
| | ) | |
| MARK ANTRIM, et al, | ) | **PROPOSED** ORDER GRANTING |
| | ) | UNOPPOSED MOTION FOR |
| Respondent. | ) | EXTENSION OF TIME |
| | ) | |

Upon consideration of respondent's motion to extend until May 13, 2008, the time for filing an opposition to the petitioner's opening brief on the merits of his writ of *habeas corpus*, the motion is GRANTED.

DATED _____, 2008, at Anchorage, Alaska.


_____
U. S. District Court Magistrate Judge