Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@alaska.gov

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE,        )<br>                         )<br>    Petitioner,    )<br>                         )<br>vs.                      )<br>                         )<br>MARK ANTRIM, et al,  )<br>                         )<br>    Respondent.   )<br>_____) | Case No. 3:05-cv-00290-TMB<br><br>AFFIDAVIT OF<br>TERISIA K. CHLEBORAD |

    Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

    1. I am the attorney who has been assigned to represent the respondent in this case.

    2. I am requesting a second extension in this case for several reasons. I have started working on the respondent's opposition in this case, but I

did not start until recently because other preceding matters took more time than I had anticipated. In addition, I will be out of state for two weeks this month. Last, the petitioner has eight claims for relief, and responding to those will take a significant amount of time.

      Further your affiant sayeth naught.

_____

      SUBSCRIBED AND SWORN to before me this April 9, 2008, at Anchorage, Alaska.



_____
Notary Public in and for Alaska