IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE,<br><br>      Petitioner,<br><br>vs.<br><br>MARK ANTRIM, et al,<br><br>      Respondent. | Case No. 3:05-cv-00290-TMB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

Upon consideration of Respondent's motion to extend the time for filing an opposition to the Petitioner's opening brief on the merits of his writ of *habeas corpus*, the motion is GRANTED. Respondent's answering brief shall be due May 13, 2008; Petitioner's reply brief shall be due June 2, 2008.

DATED this 9th day of April, 2008, at Anchorage, Alaska.

/S/ DEBORAH M. SMITH
Deborah M. Smith
U. S. Magistrate Judge