April 10, 2008

From: John W. Berge III
      CCA/RRCC
      1750 East Arica Rd.
      Eloy, AZ   85231

To:   Judge Burgess
      United States District Court
      222 West 7th Ave.   #4
      Anchorage, AK   99513-7564

RECEIVED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Re:   A05-0290 CV (JWS)
      COMPLAINT 2/20/08

Dear Judge Burgess,

    In regards my COMPLAINT of 2/20/08 I have received no notice of any filings.  I am aware of your ORDERS only by calling the clerk.  This is unsatisfactory.  For your convienence enclosed is a proposed ORDER directing service to me for all filings in regards this COMPLAINT.  Please authorize this.

                                       Sincerely,

                                         John W Berge III

CC:   Terisia Chleborad, Attorney
      Office of Special Prosecutions and Appeals
      310 K St.   #308
      Anchorage, AK   99501

      Hugh W. Fleischer, Attorney
      310 K St.   #200
      Anchorage, AK   99501



John W. Berge III
CCA/RRCC
1750 E. Arica Rd.
Eloy, AZ 85231

PHOENIX AZ 850
11 APR 08 PM 3 Y

Clerk of the Court
United States District Court
222 West 7th Ave.  #4
Anchorage, AK  99513-7564