IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN W. BERGE III,        )<br>                           )<br>        Petitioner,      )<br>                           )<br>    vs.                    )<br>                           )<br>MARK ANTRIM, et al.        )<br>                           )<br>        Respondent.        )<br>_____) | CASE NO.  A05-0290 CV (JWS) |

### ORDER

It is so ORDERED that all filings with the District Court in regards COMPLAINT of 2/20/08 by Petitioner, John W. Berge III, shall also be served on Petitioner at:

           CCA/RRCC
           1750 East Arica Rd.
           Eloy, AZ  85231

Dated:_____        _____
                                                            Judge Burgess