April 28, 2008

From: John W. Berge III
CCA/RRCC
1750 East Arica Rd.
Eloy, AZ  85231

To:   Judge Burgess
United States District Court
222 West 7th Ave.  #4
Anchorage, AK  99513-7564

Re:   A05-0290 CV (JWS)
COMPLAINT dated 2/20/08, filed 2/28/08

RECEIVED
MAY 01 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Dear Judge Burgess,

   Today, it has been 2 months since my COMPLAINT was filed. From my side I discern no action and am concerned.  It seemed best to renew my request for relief.

   The issue raised is dispositive of the state's case.  Why assigned lawyer H.W. Fleischer failed to include it in his OPENING BRIEF ON THE MERITS is inexplicable.

   The state has had 90 days to file an opposition to the filed OPENING BRIEF ON THE MERITS and has been granted an additional 30 day time extension.

   September 14, 2008 will mark the completion of my 11th year in jail.  Presently, almost 2½ years in this court.  A long time.

   Please, a speedy resolution.

Sincerely,

John W Berge III

John W. Berge III
CCA/RRCC
1750 East Arica Rd.
Eloy, AZ  85231

PHOENIX AZ 850
28 APR 2008 PM 3 T

c/o COURT CLERK
Judge Burgess
United States District Court
222 West 7th Ave. #4
Anchorage, AK  99513-7564