Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia_chleborad@alaska.gov

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) <br> )<br> Petitioner, )<br> )<br> vs. ) Case No. 3:05-cv-00290-TMB<br> )<br>MARK ANTRIM, et al, ) <u>AFFIDAVIT OF</u><br> ) <u>TERISIA K. CHLEBORAD</u><br> Respondent. )<br>_____) | |

       Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

       1.    I am the attorney who has been assigned to represent the respondent in this case.

       2.    I am requesting a second extension in this case for a couple of reasons. First, the petitioner has raised multiple, complex claims and it is a

time consuming process to address both the merits and to ascertain whether the petitioner's claims are consistent with the claims that he exhausted in state court. In addition, I have been delayed in working on this case due to the recent and unexpected death of someone close to me. I have requested sufficient time for preparation of the respondent's pleading and absent further unforeseen circumstances, I will file the respondent's pleading within the time requested.

Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this May 13, 2008, at Anchorage, Alaska.



_____
Notary Public in and for Alaska