Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia.chleborad@alaska.gov

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | AFFIDAVIT OF |
| ) | TERISIA K. CHLEBORAD |
| Respondent. ) | |
| ) | |

    Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

    1. I am the attorney who has been assigned to represent the respondent in this case.

    2. I am requesting a third extension in this case. The reason for this request arose before I requested the last extension, but at that time I did not

realize the extent to which I would be affected by the circumstances and that I had not requested sufficient time to complete the state's pleading in this complex matter.

From April 12 through April 22, 2008, I went to Omaha, Nebraska to assist my sister with recovering from the surgical removal of a brain tumor. Since arriving back in Alaska, I have been in almost daily contact with my family regarding complications for my sister, her additional surgery, and secondary and serious health problems that have resulted.

Several days before I was scheduled to return to Alaska, I received a call that the man with whom I had a close relationship (to whom I was considering marriage), had unexpectedly died. I returned to Alaska and attended his funeral and assisted his sister with his estate.

From the stress of these situations, I have had some ill health that required me to seek medical help, and that is under control now. Other than medical appointments, I have not taken time off from work and have continued to work on briefs.

I attribute the largest part of the delay in this case during May and June to the fact that I had difficulty focusing and being productive in research, analysis, and writing. The stress and grief were also exhausting. I believe that I am now working with good focus. Also, in June I filed a brief in *Deemer v. State*, A-9775, prepared a brief in *Beltz v. State*, S-12775, and prepared for and

John Berge v. Mark Antrim, 3:05-cv-0029-TMB
Page 2

participated in oral argument in *J.A.M. v. State*, A-9818. I am now working on this case.

3. Given the amount of materials in this case, no other lawyer in this office was in a position to take over this case.

4. I apologize to the court, the petitioner, and his lawyer for making this request for an extension for a personal reason, and providing so much personal detail in my affidavit, perhaps inappropriately so. Ordinarily I would not have done so, but this is the explanation for my requesting a third extension. I wanted the court to know that I do not take this case, including due-dates, lightly.

Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this June 25, 2008, at Anchorage, Alaska.



_____
Notary Public in and for Alaska