Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia.chleborad@alaska.gov

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00290-TMB |
| ) | |
| MARK ANTRIM, et al, ) | MOTION FOR EXTENSION OF |
| ) | TIME UNTIL JULY 25, 2008 |
| Respondent. ) | |
| ) | |

The respondent moves this court for an extension until July 25, 2008, within which to file his opposition to petitioner's opening brief on the merits regarding petitioner's writ of *habeas corpus*. This motion is supported by an affidavit of counsel. A proposed order is attached.

DATED July 15, 2008, at Anchorage, Alaska.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    <u>s/ Terisia K. Chleborad</u>
        Assistant Attorney General
        State of Alaska, Dept. of Law
        Office of Special Prosecutions
          and Appeals
        310 K Street, Suite 308
        Anchorage, Alaska 99501
        Telephone: (907) 269-6250
        Facsimile: (907) 269-6270
        Email: terisia.chleborad@alaska.gov
        Alaska Bar No. 8912091

**Certificate of Service**

I certify that on July 15, 2008, a copy of the foregoing **Motion for Extension of Time until July 25, 2008** was served electronically on **Hugh W. Fleischer**.

<u>s/ **Terisia K. Chleborad**</u>