Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia.chleborad@alaska.gov

Attorney for Mark Antrim and Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE,<br><br>      Petitioner,<br><br>vs.<br><br>MARK ANTRIM, et al,<br><br>      Respondent. | Case No. 3:05-cv-00290-TMB<br><br><u>AFFIDAVIT OF</u><br><u>TERISIA K. CHLEBORAD</u> |

      Terisia K. Chleborad affirms the following to be true and correct to the best of her knowledge:

      1.    I am the attorney who has been assigned to represent the respondent in this case.

      2.    I am requesting one last extension in this case. I have been working on the respondent's briefing in this matter but have been unable to yet

address all of the issues. In addition, some of the facts that may be material are not clear from the documents that I have reviewed. I anticipate completing the state's brief within two or three days and then my supervisor will review the draft (as is the practice of this office). I will file the respondent's brief by the requested deadline.

        Further your affiant sayeth naught.

_____

        SUBSCRIBED AND SWORN to before me this July 15, 2008, at Anchorage, Alaska.



_____
Notary Public in and for Alaska