ST-11-E.S.
12-211 REV. 5-1-73

DUPLICATE   INV. SIEGFRIEDS TAPE

STATEMENT OF _____ JOHN BERGE _____   CASE NUMBER   97 - 58269

ADDRESS _____

I _____
at _____                                                                 make the following voluntary signed statement
_____                                                    Time: 1135 Hours   Date: 09/14/97
I was born on _____ of _____          I have completed ____ years of school

**RM = INV. RANDY MCPHERRON**
**OS = INV. OSCAR SIEGFRIED**
**JB = JOHN BERGE**

OS: Today's date is nine fourteen ninety-seven… time will be approximately 11:35… will be contact with JOHN BERGE.

RM: How ya' doing today?
JB: Well great

RM: We're doing some follow-up work on ERNIE TAYLOR..his family's asking us to try and figure out a little bit more about what happened to him.
JB: I read he drowned

RM: Yeah…I understand uh…that you uh… may have had some contact with him this summer?
JB: He (indiscernible)

RM: Uh
JB: … back in June

RM: I wonder if we could have uh… a little talk with you real quick just to see if we can figure out what he was up to …. or where he might have been prior to it happening
JB: Last time I saw him….

RM: Why don't we….
JB: (indiscernible)

RM: why don't we have a seat in my car and we'll get out of the ……the wind here.
OS: (indiscernible)… you don't have any knives or guns or bombs or anything… on you, you know… make this
JB: Just a Thermos

I have read the above and foregoing statement consisting of _____ page(s). I have been given an opportunity to make any corrections or changes that I might want to make. The changes which I have made are initialed by me in my own handwriting.

I now sign this statement in the presence of _____ and _____
Signed at _____
_____, Alaska, this _____ day of _____, 19____

_____
NOTARY PUBLIC IN AND FOR ALASKA      Signed _____
My commission expires _____

**EXHIBIT D**   Page ____ of ____
PAGE 1 OF 11

STATEMENT OF _____
                    JOHN BERGE

97 - 58269

OS: Okay..... okay ...yeah go ahead
JB: (indiscernible)

OS: Yeah just go ahead and have a seat here.... don't mind if I just pat ya' down real quick......
JB: (indiscernible)

OS: I mean we go through...through... so much training.. .that's it's automatic whether... okay... just your knife here?
JB: Yeah

OS: I'll hold.... I'll hold onto here..... I'll just put them in the back seat......
JB: I got no more weapons

OS: Okay....
RM: (indiscernible) check real quick
JB: (indiscernible)

OS: Okay.... look in your bag here.... just a Thermos and your lunch for today.... okay.... alright.... sorry...they just train us to do this all the time
JB: Okay

OS: Okay... go ahead and have a seat... I'll just throw this on the seat here.... yeah you can sit up...
JB: In this seat

OS: ...yeah you can sit up front there
RM: JOHN, what's your middle initial
JB: W

RM: B-E-R-G....and I understand it...you're living in Thomas Basin now?
JB: Yeah... I'm staying on my skiff ....I gotta' float house over in Thorne Bay that's my home

RM: ...that's your permanent address?
JB: Yeah

RM: What's... what's the address over there?
JB: P.O. Box... 19405

RM: 19405 Thorne Bay... that's a float house... do you have a phone over there?
JB: No I have a message phone (indiscernible)

RM: Okay
JB: 247- (indiscernible)

RM: four
JB: four zero

vr/7200/10/03/97/Page #2

EXHIBIT D  PAGE ___ OF ___
PAGE 2 OF 11

RM: four zero... okay... and you... you working temporary here or (indiscernible) I understand you're working for STONE (indiscernible)

JB: Yeah ROGER STONE.... yeah ...I'm just doing ... painting for him

RM: Are you gonna' be working with him for long or...

JB: I hope so.... hope he's.... says he's got work for me all winter and... I've been working ... around here seven days a week (indiscernible)

RM: Really?

JB: Since I started with him, I was .... (indiscernible) since July

RM: Okay..... well it's... awful nice day to be working though isn't it?

JB: Well it's nice to have sun

RM: Gotta' do... gotta' do what you gotta' do

JB: (indiscernible)

RM: Well um....you know

JB: (indiscernible) broke (indiscernible) it was really tough gettin' some work here in town

RM: Mm hmm

OS: Yeah.. like I... you know RANDY was telling you here... that....mainly it's just his cousin up in Wasilla...she understand he had some property down here and they're just trying to clear the estate up..... we're down here... that's why they sent me down...I'm out of Anchorage

JB: Oh... well I'll tell you...my...my whole.. thing with ERNIE TAYLOR was....I was up fishing out there at Dallhead and... uh.... I ran into him out there and..... you know and... I had a little beer in the boat and I offered him a beer...and well he drank it and he seemed like a really nice guy...and...he invited me over there into Dall Bay...and I've never been in there.... you know ...he just seemed like a really nice guy...... and..... you know I...I visited on...off and on there.... for ...I don't know... about three weeks you know I'd go out fishing and stuff (indiscernible)..... he...he had an act going... and ... that guy was really strange

RM: Mm hmm

JB: You know and.... he was dangerous as far as I was concerned and... soon as I figured it out I just.... stepped back out of there and stayed out of there

RM: You remember when that was?

JB: Yeah...it was in June sometime....

RM: First of June... end of June

JB: I don't really have track of the dates but ...I remember the.....I was...I was in... back here looking for work almost constantly....so.....uh.... towards the end of June (indiscernible) you know....I...I mean... got some jobs you know... but not have time in between (indiscernible) and I had started with uh... ROGER..he's kept me busy and I just kept my nose to it.

RM: Okay

JB: (indiscernible)

STATEMENT OF _____ JOHN BERGE _____

97 - 58269

OS: ...well...due to the circumstances that he does have some property over there.... and....and.... uh... his sister is thinking that some of his property may be stolen.... we don't know whether you had anything to do with that or not but...uh...I'm gonna' have RANDY go ahead and advise you of your rights... because.... we work both ...I get kinda' paranoid with civil cases and criminal cases anymore that if we don't advise you that you don't have to say anything you know that's... that's always up to you

RM: Oh it's just routine...

JB: Uh... I've told you everything I...I know (indiscernible)

RM: I'll go ...I'll go ahead and read this to you. You have the... the right to remain silent. Anything you say can and will be used against you in a court of law. You have the right to talk to a lawyer and have him... present with you while you're being questioned. If you cannot afford to hire a lawyer.... one will be appointed to represent you before any questioning if you wish. And do you.... do you understand everything I've just read to you (indiscernible)?

JB: Read it again

RM: Read it again? You can read along with me. You have the right to remain silent. Anything you say can and will be used against you in a court of law. You have the right to talk to a lawyer and have him present with you while you're being questioned. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning if you wish.

JB: Okay

RM: Okay

OS: Okay...now...now.....do....did he own some boats over there? I understand he

JB: (indiscernible)

OS: had a float house...I'm not certain of all the property...she wasn't quite clear, but she said he had a float house

JB: What I saw when I was out there.... he had a big white schooner...and...I understood that that sank since the last time I saw him

OS: Mm hmm

JB: And there was a.... an old wooden boat there...I don't know.. .maybe forty feet long...he had it tied up and he was working on that. I think he had a couple of skiffs there...um.... you know there was a real old runnin' skiff.... with uh... , I think it was a Honda on it...

OS: Mm hmm

JB: (indiscernible) and he had a fiber-glass..... boat there sixteen feet long... seventeen feet long he was runnin' an old outboard on it

OS: How...how long had you known him prior to that .... (indiscernible) so

JB: Well....I didn't know him

OS: Oh

vr/7200/10/03/97/Page #4

**EXHIBIT D**
PAGE 4 OF 11

PAGE ____ OF ____

JB: like I said I.....I was out there fishing and I met him and um....my total association with him was for about three weeks and.... and he had this other guy out there named BOB that.... he hired as.. he was gonna' use for a deck hand... he was gonna' go crabbin'...and

OS: ...and you know BOB's last name or.... if he's....he's..he's...
JB: No I don't...I've...I've seen him in town once in awhile...he's a real

OS: Okay
JB: scruffy character...I don't like him either...he's...he's crazy too

RM: Uh huh... what's he look like?
JB: Heavy set.... only wears bib coveralls.... got a .... gray beard and.... pretty dirty guy...I think...I don't know where he lives or where he's workin'

OS: Yeah
JB: I...I don't talk to him

OS: does he... yeah... does he hang out anyplace particular or....
JB: I don't know...I...I've seen him walk by....I don't even make eye contact with him.....I don't (indiscernible)

RM: How...how old is he?
JB: (indiscernible) about (indiscernible)

RM: (indiscernible) a white guy right?
JB: Yeah

RM: Okay

OS: Now did he ......other than his boats...was he livin' on his boats...or was he livin' on a float house or...
JB: When I was out there he was living on the schooner

OS: Okay
JB: He was getting it fixed up (indiscernible)

RM: The one that sank?
JB: Yeah

RM: Okay
JB: I mean he was gonna' go crabbin'...and that's the last I knew of it

OS: Okay
RM: Okay

OS: Now...did he own any uh... chainsaws or anything like that...that
JB: He had a bunch of junk around there....

OS:  (indiscernible)
JB:  All kinds of junk machinery... and he had a bunch of chainsaws and...

RM:  Mm hmm
JB:  it was all junk

OS:  Okay... yeah his...his relatives were just... you know they were concerned that they knew they had some stuff.... but....you know how relatives are... to them... everything's new
JB:  Yeah

OS:  You know...that's....
RM:  Right
JB:  Every...everything that man had was junk and ... he...he... well he was just a real strange character...and as far as I was concerned... he...he was not a person I wanted to be around you know?

OS:  Okay
RM:  Okay
JB:  ....and he was homosexual....I didn't (indiscernible) understood that and... you know

OS:  Yeah we....we heard something to that
JB:  (indiscernible)

OS:  that... fact that uh....
RM:  Mm hmm

OS:  he may have been that
JB:  (indiscernible)

OS:  Okay
RM:  Uh... that's ...that's what we're hearing is...we.... we look into this, we're trying

OS:  Now.... did he ever try to hit on you at all.....or
JB:  Well...I'll put it to you like this...um...I was taking him bath in his float house and he, and....he never hit on me... he never tried to touch me or anything but... he sure put his eye on me

RM:  Mm hmm
JB:  you know....I...I just....I just got out of there... never went back

RM:  Okay
JB:  now that was the last I saw him....

RM:  and this was end of June sometime?
JB:  Yeah... probably towards... ah the middle of June ...somewhere in there you know...

RM:  Okay...and you never stopped in since then or

STATEMENT OF _____ JOHN BERGE _____

97 - 58269

JB: (indiscernible)

RM: passed through
OS: Now....
RM: okay

OS: There's the other property like you know..... did he have any guns or did he have you know... a lot of fishing gear or.... what
JB: Had a couple of old worn out poles and

OS: Mm hmm...I mean if he's gonna'
JB: (indiscernible)

OS: ...crabbing and...you know if he had any pots or
JB: He had a bunch of pots out there... (indiscernible)

OS: Okay... 'cause I haven't been out there and I've ...I've still gotta' go out there yet to .... (indiscernible) take pictures and look things over. Uh... what about any guns or anything like that... did he have anything that was of any value or...
JB: He kept a couple of old rifles there... you know.

RM: Mm hmm. Were they on the...the boat that sank...or did he keep 'em with (indiscernible)
JB: I'd say he kept those on the schooner.

RM: Did he ever carry anything with him while he was out there... anything on him?
JB: Well he seemed to have something around somewhere you know

RM: Mm hmm. So do you know if ...he...I'm...I'm assuming he was trying to raise this boat... do you know what was going on with that?
JB: I have no idea. The only reason I know that it sank is because a fella' named ARNIE...he lived out there... came in ...and we were sittin' on the far side, left side there in the potlatch...he says... (indiscernible) Atlantic and I said what do you mean he said that ERNIE's boat had sunk and that's how I know it sunk.

RM: M'kay. M'kay.
OS: And uh...we...you know... the guns...we knew he had a ... a shotgun and he may have had some rifles... but we're not certain on that. Uh...
JB: Yeah....he..he had some guns out there you know.... but...

RM: Okay
JB: I would assume that...you know...that if the boat sank... it's probably where they went

OS: Mm hmm
RM: Mm hmm
JB: You know...I don't know.

RM: Okay

vr/7200/10/03/97/Page #7

**EXHIBIT D**
PAGE 7 OF 11

PAGE ____ OF ____

OS: So wha... when was the last time you were out there?
JB: Well I said it was in June.

OS: Okay. I'm not too familiar with the seasons down here so I'm.... I'm (indiscernible)
JB: (indiscernible) it was early in the season...I was over here and.....you know (indiscernible)
RM: (indiscernible) rains a lot

OS: Okay
RM: It's hard to tell (indiscernible)
JB: Well I was looking for work... and that's my whole reason for being in Ketchikan....once I got on with ROGER and got steady with him (indiscernible)

RM: Okay
JB: (indiscernible) every day

OS: Now what can you tell us about ERNIE, JOHN?
JB: I can't tell you much about the guy except he was just whacked.... uh...he.... his world....his reality was not ours.

OS: Well... something
JB: You know

OS: You know.... something happened to ERNIE         ...and uh.... we like to...you know like to get to the bottom of the story on that. Uh... there's you know.... indications that he may have drowned
JB: Yeah

OS: Uh... but there's some uh... injuries to ERNIE that didn't quite uh... show proof positive that he drowned only.
JB: Hmm...what happened?

OS: (indiscernible)....well that's why we're asking you...we understand you were over there when uh.....
JB: I don't know.

OS: Now....did you shoot ERNIE?
JB: No I didn't shoot ERNIE. I didn't shoot anybody...I never shot anybody.

OS: That's not what we hear, JOHN.
JB: Well.....I don't know what you hear....but....

RM: I mean if...if it was a self-defense...
OS: (indiscernible)

RM: situation...we...we need to know about it....okay? I mean if...if something went wrong if... ERNIE put the moves on ya'...and you didn't like it.....or
OS: Yeah

RM: ...he mighta' threatened you or something... we need to
OS: (indiscernible)
JB: (indiscernible)

RM: we need to know that
OS: You know we want you to think... 'cause right now...this could be about the most important time of your life...what happens here today. Now we know that there's a little bit more behind it...now I'm gonna' let you know something about uh... ERNIE...that uh... those suspicions came up and ERNIE was taken back in for an autopsy back in Anchorage....and we found the bullet holes and we found bullet fragments in him....and that's why we're here....and we know your story doesn't match up, JOHN, and uh... we know that you were involved in this. We know you're the one that shot him.......... shot him with a two forty-three.
JB: Two what?

OS: The two forty-three rifle. Where's that at now?
JB: I have no idea.

OS: Well....
RM: Where's...where's the rifle you shot him with?
JB: (Sigh)

OS: You know you're out there...did he threaten you with that shotgun he had on the boat?
JB: No sir....all I got to say...you know...you guys are makin'... a lot of accusations here. I don't know anything about...

RM: Well JOHN
OS: You know ...think about it JOHN...'cause I say...this could be the most important ... part of your day right here

RM: Right now
OS: ...'cause you know if it's a self-defense thing...

RM: We...we should know about it.....if it's.....
OS: I mean we don't wanna' go off on the.....wrong road here and...uh...

RM: You know
OS: ..end up charging you..and then not have our ducks straight

RM: You know
OS: ...but if there's something

RM: (indiscernible)
OS: you know that uh..it's an accident uh...it's a....you know like I say..he..he was Gay...he may have uh.. threatened you with the gun...he may have been comin' on to you... we don't know all that...but you know.

STATEMENT OF _____ JOHN BERGE

97 - 58269

RM: And....if...if it was self-defense... we're all ears. We'd love to hear about it....okay? And... we'd love to hear your story....but....what we're findin' is... like... Trooper SIEGFRIED said... uh... ERNIE didn't drowned. ERNIE was shot. We know he was shot (indiscernible)

OS: We know you were there

RM: We know you were there...at..the... the time he was shot. We even know you've gone back there since the shooting. We know all these things and ....you know what ...I mean looking at our perspective...you know if....for what we got now..it looks pretty suspicious on your part...but if something else happened out there that we should know about.. now is the time to tell us. And if you don't wanna' talk to us...it's up to you. We're... we're being...we're being fair with ya' aren't we? We're...we're trying to find out the truth right? And we're..we're being fair...aren't we?

JB: I told you what I got to say...that's all I got to say.

RM: Okay. Well....

OS: You don't wanna' say anything else to us?

JB: Nope

RM: Well...if we go...JOHN there's...there's something I'd like you to listen to...okay? What I got here is a tape recording of a conversation that we recorded a couple of days ago.

**(RM playing taped conversation recording of JB) (Indiscernible)**

RM: There's a lot more there. We ....we recorded the whole conversation. Okay? Um... like I say...and if...if it was self-defense we need to know about it.

OS: We know where he was shot. He was shot in the leg...shot in the buttocks...shot in the back.

RM: Two times in the back. We know you shot him...but we...what we need to know now is exactly what happened out there and if..... something went down prior to the shooting...that could be self-defense...we should hear about it.

OS: I know it's weighing on your mind quite a bit...I mean....you've talked to people about it. So what's going on JOHN? What went on out there?

RM: You said something about ERNIE pointed a gun at you...is that true? Did he threaten ya'? I mean if he threatened you with a gun....we need to know that...that. I can understand what happened afterwards if we ...if we knew that was the case.

JB: I got nothing more to say ..if you gonna' charge me ....charge me....and get me a lawyer.

RM: Okay. Why don't you go ahead and step out of the car, JOHN. Stand (indiscernible) okay? (indiscernible) back to me. (indiscernible) please..... (indiscernible)

JB: (indiscernible)

RM: (indiscernible) have change? (indiscernible)

OS: Yeah you can put his personal property here in the one bag and....

RM: (indiscernible)....you need your glasses to see?

JB: I do

vr/7200/10/03/97/Page #10

EXHIBIT D
PAGE 10 OF 11

PAGE _____ OF _____

STATEMENT OF
JOHN BERGE

97 - 58269

RM:   There you go.  (indiscernible)
OS:   Here… here (indiscernible)

RM:   (indiscernible)
OS:   (indiscernible)
JB:   (indiscernible) you get the checkbook and everything

OS:   Yeah
JB:   Yeah okay

OS:   (indiscernible)
RM:   Yes

OS:   seatbelt in there…
RM:   (indiscernible) 10-8…10-80
(Radio):   10-4

RM:   (indiscernible)
(Radio):   (indiscernible)

RM:   Uh… we're 10-80…10-19 KCC (indiscernible)
OS:   What's the address here?
(Radio):   2A1 do you need me to notify?

RM:   KCC
(Radio):   Correct

RM:   Uh… (indiscernible) 10-19
(Radio):   10-4

RM:   It's uh…. 223 (indiscernible)
OS:   (indiscernible)

RM:   (indiscernible)
(Radio):   (indiscernible)

RM:   If you haven't already…go ahead and advise uh… (indiscernible)
(Radio):   (indiscernible) twelve hundred hours.

RM:   (indiscernible) 10-6 KCC
(Radio)   10-4
END OF TAPED CONVERSATION.