Terisia K. Chleborad
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia.chleborad@alaska.gov

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN W. BERGE, III,  )<br>  )<br>Petitioner,  )<br>  )<br>vs.  )<br>  )<br>MARC ANTRIM,  )<br>  )<br>Respondent.  )<br>_____ ) | Case No. 3:05-CV-0290-TMB-DMS<br><br>NOTICE OF LODGING |

Respondent Antrim gives notice to the court and counsel that it is lodging with this court the transcript of the petitioner's criminal proceedings in the state superior court.

DATED July 25, 2008, at Anchorage, Alaska.

                              TALIS J. COLBERG
                              ATTORNEY GENERAL

                              s/ Terisia K. Chleborad
                                Assistant Attorney General

>State of Alaska, Dept. of Law
>Office of Special Prosecutions
>    and Appeals
>310 K St., Suite 308
>Anchorage, Alaska 99501
>Telephone: (907) 269-6250
>Facsimile: (907) 269-6270
>e-mail: terisia.chleborad@alaska.gov
>Alaska Bar. No. 8912091

**Certificate of Service**

I certify that on July 25, 2008, a copy of the foregoing Notice of Lodging was served electronically on Hugh Fleischer

s/ Terisia K. Chleborad