IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN BERGE III                )
                              )
        Petitioner,            )
                              )
    vs.                        )
                              )
MARK ANTRIM, et al.            )
                              )
        Respondent.            )
_____ ) CASE NO: A05-0290-CI (TMB)

### UNOPPOSED MOTION and
### MEMORANDUM FOR CONTINUANCE

Hugh W. Fleischer, as attorney for Petitioner, John Berge III, hereby moves for a continuance of the time within which to file a Reply to the Opposition filed by the Respondent from August 14, 2008 to September 19, 2008.

The reason for the requested continuance is that the undersigned just returned from the American Bar Association Annual Meeting in New York City. Moreover, undersigned counsel has had other court appearances and a major State Court Brief that has to be filed this week. Further, there is an Outside deposition trip in early September, 2008. Such requested time will allow Mr. Berge to analyze the said opposition and prepare a reply thereto.

Assistant Attorney General Terisia K. Chleborad has authorized the undersigned to advise that the Respondent

does not oppose this motion.

DATED at Anchorage, Alaska, this 12th day of August, 2008.

> LAW OFFICES OF HUGH W. FLEISCHER
> Attorney for Petitioner
>
> By:____S/Hugh W. Fleischer
> Hugh W. Fleischer
> AK Bar # 7106012
> Law Offices of Hugh W. Fleischer
> 310 K. Street, Suite 200
> Anchorage, AK 99501
> (907) 264-6635
> (907) 264-6602 (fax)
> hfleisch@aol.com

9501/532

CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

Terisia K. Chleborad
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer