IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN BERGE III, ) | |
| ) | CASE NO: A05-0290 CI (TMB) |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MARK ANRRIM, et al. ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**ORDER**

Based on the foregoing motion,

IT IS ORDERED that the time for filing a Reply to the Respondent's Opposition for petitioner, John Berge III is hereby continued to September 19, 2008.

DATED this ___ day of August, 2008.

                                                                _____
                                                                Timothy M. Burgess
                                                                United States District Judge

9501/533