**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| JOHN BERGE, III,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MARC ANTRIM, et al.,<br><br>　　　　　　Respondent. | Case No. 3:05-CV-290-TMB-DMS |

**MINUTE ORDER FROM CHAMBERS**
**RE: PETITIONER'S OPENING BRIEF ON THE MERITS**

August 15, 2008

　　On September 30, 2007, this Court filed its Initial Report & Recommendation denying Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies. This recommendation was adopted and accepted by District Court Judge Timothy Burgess and the parties were directed to proceed to briefing the merits of Petitioner's remaining claims (claims 1-6, 9 and 10). On December 13, 2007, this Court sent out a briefing schedule for that purpose (Doc. 71).

　　Petitioner filed a document listed on the court docket as "Motion for New Trial" (Doc. 72). The Petitioner labeled the document as "Petitioner's Opening Brief on the Merits". The Court deems this document to be Petitioner's Opening Brief on the Merits of the underlying 2254 Habeas Petition and hereby directs the Clerk to link Docket 72 to Petitioner's amended petition at Docket 23. Also, the docket entry should be changed to reflect that the document is a supplement to the amended petition. It is not a secondary motion in the matter.

　　　　　　**Entered at the direction of the**
　　　　　　**Honorable Deborah M. Smith, United States Magistrate Judge**